# EXHIBIT 1

S. F. No. 14-1—1939—5M. 16811.

Article No. 93134



Domestic

# Department of State
## Olympia
OFFICE OF THE
### Secretary of State

---

I, BELLE REEVES, Secretary of State of the State of Washington, do hereby certify that

## ARTICLES OF INCORPORATION
### OF THE
#### UNION GOSPEL MISSION OF YAKIMA, WASH.

a Domestic Corporation, of ........Yakima........, Washington, were, on the ..13th.. day of ........May........, A. D. 19..41.., at ..1:30.. o'clock ..P. M.., filed for record in this office and now remain on file herein, being duly recorded in Book..270.., at page..409-12.., Domestic Corporations.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed hereto the Seal of the State of Washington.

Done at the Capitol, at Olympia, this..19th..day of ........May........, A. D. 19..41..

BELLE REEVES,
Secretary of State.

By ........Charles B. Reid........
Assistant Secretary of State.

ARTICLES OF INCORPORATION

of

UNION GOSPEL MISSION OF YAKIMA, WASH.

This is to Certify, that on the 4th day of April, 1941 Walter ~~E. Vanwechel, George L. Oliver, Harold S. Overland,~~ Leonard Goode, ~~Morton McBryde, Freed L. Knight, J.W. Woodruff, Carl A. Remick,~~ William Wittkoff, John Lake, M.D. Lynn, James H. Walbrink ~~Frank J. Nielsen, R.S. Kelly, G.H. Hull, W. Stacy, Arlo Jongeward,~~ A.I. ~~Wolf~~ Schafer, ~~Edwin J. Nolander.~~
at the city of Yakima in Yakima County, State of Washington, entered into an agreement in writing, duly subscribed by them and each of them, of which the following is a true copy:

AGREEMENT TO INCORPORATE

This Agreement, made this ~~4th~~ day of April, 1941,

Witnesseth :
FIRST, That we, the undersigned _____

_____

_____

subscribers hereto, have associated and do hereby associate ourselves for the purpose and with the intention of forming a corporation under the provisions of an act of the legislature of the State of Washington, entitled "An act to provide for the incorporation of associations for social, charitable and educational purposes, approved by the Governor of the State of Washington on the 21st day of March, 1895".

SECOND, The name of said corporation shall be -UNION GOSPEL MISSION OF YAKIMA, WASH.

THIRD, That the objects for which said corporation is formed are and shall be: To spread the Gospel of the Lord Jesus Christ by the conduct of a Mission or such other methods of work as may be thought wise by the Board of Trustees.

FOURTH, The said corporation shall be located at Yakima in the county of Yakima, State of Washington.

Witness our hands the date herein first above written

*[signatures: Walter E. Van Wechel, George L. Oliver, Harold Overland, Leonard Goode, Morton McRayde, C. Fry, S. Kin..., W. Woodruff, Noel C. Remick, ... Nothoff, John Lake, M. D. Lynn, James H. Walbrink, Frank C. Nielsen, R. Kelly, ... W. Stacy, Arie Jongeward, A. E. Schafer, Edwin J. Nolander]*

That the following notice, to-wit:

To Whom it May Concern.

Notice is hereby given that on _Friday_, the _2d_ day of _May_, 1941 at the hour of _7_ o'clock P.M. of the said day, in the _Union Gospel Mission, 19 S. 5o_ of the city of Yakima, County of Yakima and State of Washington, there will be held a meeting of the subscribers to an agreement to incorporate the Union Gospel Mission of Yakima, Wash., for the purpose of effecting an organization of said corporation, the adoption of By-laws and the election of officers thereof, as follows, to-wit:

A President,        _Walter E. Van Wechel_
A Vice-President,   _Edwin J. Nolander_
A Secretary,        _James N. Walbrink_
A Treasurer,        _James N. Walbrink_
A Board of _24_ Trustees.

Was served upon the subscribers of the agreement to incorporate, therein named at the times and in the manner set forth in the following affidavit, to-wit:

State of Washington
County of Yakima   ss.

_M. D. Lynn_ being first duly sworn, on his oath says that he served the within notice upon the following named persons, and each of them, at the times and in the manner and places as follows, to-wit: _all were served — Yakima Washington on april 24th, 1941_ —

ter E. Vanwechel, George L. Oliver, Harold S. Overland, Leonard Goode, ton McRayde, Fred L. Knight, C.W. Woodruff, Carl E. Remick, William Wittkoff, n Lake, M.D. Lynn, James H. Walbrink, Frank C. Nielsen, R.S. Kelly, C.M. Hul, tacy, Arie Jongeward, A.E. Schafer, Edwin J. Nolander

that affiant and said persons and each of them are the sub-

That pursuant to said notice the first meeting of the said subscribers to said agreement was held on the 2nd day of May, 1941, at the hour of 7 o'clock P.M. of said day at Union Gospel Mission ~~at from~~ in the city of Yakima in Yakima County, state of Washington. That the following is a true and complete copy of the minutes of said meeting, to-wit:

1. Meeting called to order.

2. Motion made and carried, that the Union Gospel Mission be Incorporated. The name to be : UNION GOSPEL MISSION OF YAKIMA WASH.

3. Resolved that, the object and purpose be to spread the Gospel of The Lord Jesus Christ by the conduct of a mission or such other methods of work as may be thot wise, by the Board of Trustee's.

4. By Laws adopted.

The following officers were elected, to-wit:

| | | | |
|---|---|---|---|
| ~~Walter E. VanWechel~~ | President | Leonard Goode | Trustee |
| Swiry J. ~~Edward Nelander~~ | Vice-Pres. | C Fred D. Knight | Trustee |
| ~~James H. Walbrink~~ | Secretary | Karl E. Remick | Trustee |
| ~~James H. Walbrink~~ | Treasurer | Merton McBayde | Trustee |
| ~~George L. Oliver~~ | Trustee | A. E. Schafer | Trustee |
| ~~Harold S. Overland~~ | Trustee | G. M. Hull | Trustee |

After the above election the meeting was duly adjourned.

_Walter EVan Wychel_ Pres.                                  Vice Pres.
_____ Sec. _James H. Walbrink_ Treas.
_James H. Walbrink_  _Frank C. Nielsen_  _Frank C. Nielsen_
_Fred Knight_  _Arie Jongeward_  _James N Walbrink_
_W. Stacy_  _Leonard Goode_  _Arie Jongeward_
                                                Trustees

State of Washington ( ss.
County of Yakima    (

The undersigned, being first duly sworn, on their oath say that they are the subscribers of the within certificate: that they occupy the official positions in the corporation named as set opposite their respective names; that they have read the certificate and know its contents, and that the same are true.

_Harold Overland_  _C Fred Knight_  _Walter EVan Wychel_  _Frank C Nielsen_  _James H Walbrink_
                                   _Harvey Burkhart_  _Arie Jongeward_
Subscribed and sworn to before me this ____ day of May 1941.

                              Notary Public in and for the

State of Washington ( SS
County of Yakima    (

    The undersigned, being first duely sworn, on their oath say that they are the subscribers of the within certificate; that they occupy the official positions in the corporation named as set oposite their respective names; that they have read the certificate and know it's contents, and that the same are true

_W. Stacy_ _Leonard Toode_ _W Ellen Michel_
_E. Fred Knight_ _Hewlett Overland_
_James N. Mulbush_ _Frank C. Nielsen_

Subscribed and sworn to before me this _8th_ day of May 1941

_L.F. Youmans_
Notary Public in and for the
State of Washington, residing at _Yakima_