# EXHIBIT 4



I hereby acknowledge that YUGM requires all staff to engage in acts of Christian ministry as a vital part of all YUGM positions and as representation of YUGM and of our shared faith to our clients, customers, volunteers, community partners and to each other. I recognize that as staff, our first ministry is to each other, and that the outflow of this is ministry to those we serve and our community.

As such:

- In agreement and compliance with
    - o the YUGM Statement of Faith in its Beliefs and Actions that I have signed
    - o The YUGM Core values that have been reviewed with me
    - o The YUGM job description that has been provided to me
    - o The YUGM employee handbook that has been provided to me

I accept the role and responsibility of fulfilling the YUGM's uniquely Christian purposes (what is called a *minister* by law & judicial decision) and will actively seek out opportunities to share and put into practice my Christian faith, our shared Christian community, and the gift of Christian care for others as I go about the daily duties of my position with YUGM.


Signature: _____

Printed Name: _____

Date: _____

**Our Mission:**

To follow Christ in helping people move from homelessness to wholeness.

**Our Vision:**

That every homeless person in Yakima County has the opportunity for permanent transformation in Jesus Christ.

**Our Values:**

Love + Professionalism = Outcomes