# EXHIBIT 6



# Yakima Union Gospel Mission Job Description

| IT Technician |
|---|
| **Department:** Operations / IT |
| **Location:** YUGM Properties |
| **Reports to:** IT Manager |
| **Classification:** Non-Exempt; Hourly; Part Time |
| **Salary Grade:** B |

| Job Purpose |
|---|
| The role of IT Technician at YUGM is to be the first point of contact when an issue arises from end users. This role ensures employees IT needs are met utilizing the IT ticket system to respond and act on break-fix tickets submitted by end users, while also assisting on larger projects as needed. |

## Union Gospel Mission Purpose, Vision, and Value Statement

Our mission is to follow Christ in helping people move from homelessness to wholeness, so that every homeless person in Yakima County has the opportunity for permanent life transformation in Jesus Christ.

All Mission programs and services are based on Christian values and a commitment to quality. Clients are our primary focus; love, professionalism, and outcomes are our core values. Relationships are the context, the engine, and the reward of the change we exist to produce.

## Essential Personal Qualities / Core Values

To perform the job successfully, an individual should demonstrate the following competencies:

**LOVE**
- Improves the reputation of Christ by personal interactions with others.
- Remains relationally available, present, and authentic in all contexts.
- Demonstrates genuine and sacrificial care for the wellbeing of others.
- Pursues God personally, relationally, emotionally, and intellectually.

**PROFESSIONALISM**
- Is consistently at work, meetings, and appointments and on time.
- Meets deadlines and fulfills commitments with thorough follow-though.
- Proactively measures work to ensure learning, improvement, and success.
- Communicates effectively in written form.

**OUTCOMES**
- Constantly pursues growth, learning, and improvement.
- Thinks creatively, strategically, and spiritually.
- Regularly sought by others for input and value.
- Maintains mission-clarity and a godly example under stress.
- Sets a godly example for staff and clients.



# Yakima Union Gospel Mission Job Description

## Duties and Responsibilities

**Culture Work**
- Establish professional, caring, strengths-based relationships built on truth, respect, encouragement, and trust.
- Maintain a high level of integrity in modeling and promoting the Mission's Christian culture, core values, policies, and procedures.
- Minister to our clients, staff, donors, and volunteers, showing them kindness and grace.

**Team Work**
- Work and collaborate efficiently on cross departmental projects.
- Proactively seek guidance and offer assistance to team members as needed.
- Understand the unique needs of end users and be able to ask thoughtful questions to determine the root of technical queries.
- Patiently walk end users through problem solving techniques.
- Follow up with end users through completion of tasks to ensure satisfaction and full resolution of request.
- Communicate and coordinate effectively with 3rd party support providers/vendors.
- Go above the required task and think through/suggest areas of improvement or strengthening.

**Direct Work**
- Troubleshoot endpoint devices (Windows and MAC OS desktop and laptops, printers, IP cameras, IP desk phones, tablets, and registers).
- Troubleshoot and replace peripheral devices (monitors, TVs, keyboards and mice).
- Configure new endpoint devices (Windows and MAC OS desktop and laptops, printers, IP cameras, IP desk phones, tablets, and registers).
- Offer insightful working knowledge of the Microsoft 365 suite.
- Inventory devices and keep records updated as needed.
- Create keycards within our access control system.
- Collaborate with maintenance team in troubleshooting access control doorknobs and keycard readers.
- Maintain a clean and organized workspace and office space.
- Run and terminate low voltage cable.
- Test devices and cable terminations to ensure proper operation.
- Provide detailed notes on tickets.
- Research and identify hardware and software solutions.
- Be part of an on-call rotation.
- Attend as requested all YUGM trainings and meetings scheduled to keep current on policy changes, new procedures, and other information essential to performing the job.
- Other duties as assigned in support of YUGM's mission, vision, and values.

## Reporting and Direct Reports

- Reports to IT Manager



# Yakima Union Gospel Mission Job Description

## Qualifications

**Leadership Skills**
- Strategic thinker who will take calculated risks while balancing caution.
- Approachable and willing to listen to up and downstream reports to further support and grow department effectiveness.
- Able to effectively adapt to change, while demonstrating a positive and enthusiastic attitude.
- Able to work alongside and/or supervise volunteers, interns, and clients representing a variety of backgrounds including cultural, economic, and those in addition recovery.

**Knowledge, Skills, and Abilities**
- Three years of IT work experience or equivalent schooling in CompTIA, IT management, networking, etc.
- Able to add, subtract, multiply and divide into all units of measure, using whole numbers, common fractions, and decimals.
- Demonstrated experience using Microsoft 365, including email, word processing, and spreadsheets.
- Able to read (English), comprehend, analyze, and interpret correspondence, documents, policies/procedures, operating, and maintenance manuals.
- Able to read and define problems, collect data, establish facts, and draw valid conclusions.
- Able to interpret a variety of instructions furnished in written and oral form.
- Must be detail-oriented and have solid organizational skills.
- Able to multitask and set proper prioritization as requests come in.
- Able to build out Standard Operating Procedures for end users.
- Able to take notes on work that was done to help us in the future.
- Must be a problem solver and be able to work with a minimum of supervision and take initiative.
- Must work well independently and with a team and possess excellent time management skills.
- Demonstrated personal and work ethic reflecting YUGM's Core Values of Love, Professionalism and Outcomes.
- Valid driver's license, good driving record, and proof of insurance.

## Working Conditions

- The primary duties of this position are performed both inside and outside.
- The noise level in the environment will vary depending on the task.
- Travel between Mission sites and locations in the community is required.
- Computer work will typically take place in an office setting.
- YUGM is comprised of offices, warehouses, retail stores, and guest/client housing. Most areas are well-lit, heated and/or air-conditioned with adequate ventilation. Some areas are outdoor and/or loud and forklift and machinery sounds can be heard at times.
- Other work will take place in a construction setting, including work on roofs, ceilings, walls, and in crawl spaces.
- Work outdoors and in inclement weather and irregular work hours required at times.

 Yakima Union Gospel Mission Job Description

## Physical Requirements

- Walk and stand for extended periods of time
- Sit and review information on a computer screen or on paper for extended periods.
- See and hear.
- Speak English clearly and fluently.
- Travel from one location to another including offsite to stores, events, and trainings.
- Walk, climb, balance and stoop, reach with hands and arms, use hands to finger, handle or feel.
- Use of power tools at times in low voltage cable runs.
- Utilize caution and safety when using power tools, ladders, or other potentially hazardous tools.
- Lift up to 50 lbs.

| | |
|---|---|
| **Staff Signature:** | |
| **Print Staff Name:** | |
| **Supervisor Signature:** | |
| **Print Supervisor Name:** | |
| **Date:** | |