# EXHIBIT 7



# Yakima Union Gospel Mission Job Description

| **Operations Assistant** | **Job Purpose** |
| --- | --- |
| **Department:** Operations | Responsible for assisting the Director of Operations in all aspects of Operations activities including administrative activities, budgeting, reporting, errands, and project and task triage and assistance. |
| **Location:** YUGM Properties | |
| **Reports to:** Director of Operations | |
| **Classification:** Non-exempt; Hourly; Part Time | |
| **Salary Grade:** B | |

## Union Gospel Mission Purpose, Vision, and Value Statement

Our mission is to follow Christ in helping people move from homelessness to wholeness, so that every homeless person in Yakima County has the opportunity for permanent life transformation in Jesus Christ.

All Mission programs and services are based on Christian values and a commitment to quality. Clients are our primary focus; love, professionalism, and outcomes are our core values. Relationships are the context, the engine, and the reward of the change we exist to produce.

## Essential Personal Qualities / Core Values

To perform the job successfully, an individual should demonstrate the following competencies:

**LOVE**
- Improves the reputation of Christ by personal interactions with others.
- Remains relationally available, present, and authentic in all contexts.
- Demonstrates genuine and sacrificial care for the wellbeing of others.
- Pursues God personally, relationally, emotionally, and intellectually.

**PROFESSIONALISM**
- Is consistently at work, meetings, and appointments and on time.
- Meets deadlines and fulfills commitments with thorough follow-though.
- Proactively measures work to ensure learning, improvement, and success.
- Communicates effectively in written form.

**OUTCOMES**
- Constantly pursues growth, learning, and improvement.
- Thinks creatively, strategically, and spiritually.
- Regularly sought by others for input and value.
- Maintains mission-clarity and a godly example under stress.
- Sets a godly example for staff and clients.

Pl.'s Compl. Ex. 7, Page 81

 **Yakima Union Gospel Mission Job Description**

---

### Duties and Responsibilities

**Culture Work**
- Establish professional, caring, strengths-based relationships built on truth, respect, encouragement, and trust.
- Maintain a high level of integrity in modeling and promoting the Mission's Christian culture, core values, policies, and procedures.
- Minister to our customers, donors, volunteers, and clients, showing them kindness and grace.

**Team Work**
- Work in harmony with all employees, volunteers, clients, and guests of YUGM.
- Demonstrate Matthew 18 principles when addressing disputes, issues, questions, or problems that arise with other team members.
- Reach out to others as needed for training, assistance, and to support an overall atmosphere of collaborative teamwork.
- Be willing and able to work with guests, clients, community jobs workers, staff, volunteers, donors, and customers in a "revealing Christ" team environment.

**Direct Work**
- Assist in the preparation of monthly activity reports for Operations using MS 365 Suite, ThriftTrac, SmartSheet, and other software as necessary.
- Use Smartsheet and other project management software to assist in keeping projects updated and on track.
- Run errands as required for projects including picking up supplies and materials.
- Work with various YUGM directors, managers, and employees as needed to keep projects and special events on track.
- Assist with purchasing for Operations and ensure project coding is complete and accurate.
- Assist in review of contracts, leases, and other documents.
- Assist in all administrative aspects of Operations projects and tasks.
- Understand and assist in safety program in support of all YUGM activities.
- Attend, as requested, or required, all YUGM trainings and meetings scheduled by the management team to keep current on any policy changes, new procedures, and other information essential to performing the job.
- Other duties as assigned in support of YUGM's mission and values.

---

### Reporting and Direct Reports

- Reports to Director of Operations

---

### Qualifications

- Demonstrated exceptional organizational skills and strong interpersonal skills.
- Ability to communicate effectively orally and in writing and maintain accurate information.

---

*Operations Assistant, rev. 2/27/2023 10:09:00 AM*                                              **2**



# Yakima Union Gospel Mission Job Description

- Ability to work as part of a team.
- Ability to effectively adapt to change.
- Demonstrate a positive, enthusiastic attitude.
- Must be able to work independently with minimum supervision by taking initiative, problem-solving, and staying on task.
- Can honor a high sense of confidentiality toward sensitive matters of all kinds.
- Must possess excellent time management skills with a demonstrable level of skill and proficiency in planning, so to meet established goals.
- Ability to add, subtract, multiply, and divide in all units of measure, using whole numbers, common fractions, and decimals.
- Microsoft 365 including word processing and spreadsheets.
- Ability to operate general office machines, copier, fax, printers, scanners.
- Ability to read (English), comprehend, analyze, and interpret correspondence and memos.
- Ability to read and interpret documents such as policy/procedure manuals.
- Ability to read and define problems, collect data, establish facts, and draw valid conclusions.
- Ability to interpret a variety of instructions furnished in written and oral form.
- Demonstrated personal and work ethic reflecting YUGM's Core Values of Love, Professionalism and Outcomes.
- High School diploma or GED required.
- Two plus years' experience in administrative work required.
- Experience with contract review, safety, facilities, and/or purchasing, a plus.
- Must have a valid driver's license, insurance, and maintain a good driving record.
- Ability to work alongside volunteers, programmers, and clients representing a variety of backgrounds – cultural, economic, and those in addiction recovery.

## Working Conditions

- The primary duties of this position are performed in a well-lit, temperature-controlled environment. The noise level in the environment is usually moderate.
- Part time: 20 - 30 hours a week Monday – Friday with some weekend work at times and as projects dictate.
- Attendance at specific meetings or off-site events or training may be required.
- Warehouses can be hot, cold, dusty, and forklift traffic and other industrial noises and equipment are present.

## Physical Requirements

- Sit and review information on a computer screen or on paper for extended periods
- See and hear
- Speak English clearly and fluently
- Travel from one location to another
- Walk, climb, balance and stoop, reach with hands and arms, use hands handle or feel.
- Lift up to 50 lbs.

| Staff Signature: | |
|---|---|
| Print Staff Name: | |
| Supervisor Signature: | |
| Print Supervisor Name: | |
| Date: | |