# EXHIBIT 8



Policy Effective Date:  Feb. 1, 2023

# Religious Hiring Policy

## Policy Statement

Yakima Union Gospel Mission (YUGM) is a Christian ministry that serves the community in accordance with Christian doctrine, spreads the Gospel of Jesus Christ, and helps fellow believers grow in their faith.

Because Yakima Union Gospel Mission seeks to collectively share its religious ideals, it can only hire employees (who are its hands and feet and its messengers) who agree with, adhere to, and live out the Mission's religious beliefs and practices. This includes the Mission's religious beliefs on biblical marriage and sexuality, as set forth in its Statement of Faith

1300 N. First Street, Yakima WA 98901 S 509.248.4510