Katherine L. Anderson
WA Bar No. 41707
Ryan Tucker*
AZ Bar No. 034382
Jeremiah Galus*
AZ Bar No. 30469
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
kanderson@ADFlegal.org
rtucker@ADFlegal.org
jgalus@ADFlegal.org

Jacob Reed*
VA Bar No. 97181
ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, VA 20176
Telephone: (571) 707-4655
jreed@ADFlegal.org

*Counsel for Plaintiff*

\* Pending Admission *Pro Hac Vice*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNION GOSPEL MISSION OF YAKIMA, WASH., <br><br>*Plaintiff,* <br><br>v. <br><br>ROBERT FERGUSON, in his official capacity as Attorney General of Washington State; ANDRETA ARMSTRONG, in her official capacity as Executive Director of the Washington State Human Rights Commission; and DEBORAH COOK, GUADALUPE GAMBOA, JEFF SBAIH, and HAN TRAN, in their official capacities as Commissioners of the Washington State Human Rights Commission, <br><br>*Defendants.* | Civil Case No.: 1:23-cv-3027 <br><br>**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT** |

Corporate Disclosure - 1

Plaintiff Union Gospel Mission of Yakima, Wash., by and through counsel, and pursuant to Fed. R. Civ. P. 7.1, hereby states as follows:

Union Gospel Mission of Yakima, Wash., is a religious 501(c)(3) not-for-profit corporation. It issues no stock and has no parent corporation.

Respectfully submitted this 2nd day of March, 2023,

s/ *Katherine L. Anderson*
Katherine L. Anderson
WA Bar No. 41707
Ryan Tucker*
AZ Bar No. 034382
Jeremiah Galus*
AZ Bar No. 30469
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
kanderson@ADFlegal.org
rtucker@ADFlegal.org
jgalus@ADFlegal.org

Jacob E. Reed*
VA Bar No. 97181
ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, VA 20176
Telephone: (571) 707-4655
jreed@ADFlegal.org

*Counsel for Plaintiff*

\* Pending Admission *Pro Hac Vice*

Corporate Disclosure - 2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2023, I electronically filed the foregoing using the CM/ECF system, and will serve the same on all parties when serving process.

Dated: March 2, 2023    s/ *Katherine L. Anderson*
Katherine L. Anderson

*Counsel for Plaintiff*