| | |
|---|---|
| Katherine L. Anderson | Jacob E. Reed* |
| WA Bar No. 41707 | VA Bar No. 97181 |
| Ryan Tucker* | ALLIANCE DEFENDING FREEDOM |
| AZ Bar No. 034382 | 44180 Riverside Parkway |
| Jeremiah Galus* | Lansdowne, VA 20176 |
| AZ Bar No. 30469 | Telephone: (571) 707-4655 |
| ALLIANCE DEFENDING FREEDOM | jreed@ADFlegal.org |
| 15100 N. 90th Street | |
| Scottsdale, AZ 85260 | *Counsel for Plaintiff* |
| Telephone: (480) 444-0020 | |
| kanderson@ADFlegal.org | * Pending Admission *Pro Hac Vice* |
| rtucker@ADFlegal.org | |
| jgalus@ADFlegal.org | |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| **UNION GOSPEL MISSION OF YAKIMA, WASHINGTON**, | |
| *Plaintiff,* | Civil Case No.: 1:23-cv-3027 |
| v. | |
| **ROBERT FERGUSON**, et al., | **MOTION TO ADMIT JACOB REED *PRO HAC VICE*** |
| *Defendants.* | |

The undersigned hereby moves for pro hac vice admission of Jacob Reed in the above-captioned matter. Mr. Reed's office address and phone number are 44180 Riverside Parkway, Lansdowne, VA 20176, (571) 707-4655.

Reed PHV Motion - 1

1    Mr. Reed's appearance in this matter is necessary because our
2 firm has been retained by Plaintiff Union Gospel Mission of Yakima,
3 Washington, to represent it in this matter, given Alliance Defending
4 Freedom's expertise in the constitutional issues involved in this case.
5    Mr. Reed has been admitted to the following courts:
6    Virginia Supreme Court ...................................... December 8, 2021
7    Ohio Supreme Court ......................................... November 12, 2019
8    U.S. District Court, Northern District of Ohio ... January 28, 2020
9    U.S. District Court, North Dakota ............................. June 4, 2021
10    U.S. District Court, Eastern District of Virginia ... March 11, 2022
11    U.S. District Court, Western District of Virginia ....... June 3, 2022
12 Mr. Reed has not been subject to any disciplinary sanction actions or a
13 disciplinary sanction, nor does he have any such action pending.
14    In representing Plaintiff, Mr. Reed will associate with me. My
15 office address and phone are 15100 N. 90th Street, Scottsdale, AZ
16 85260, (480) 444-0020.

Reed PHV Motion - 2

1  Respectfully submitted this 2nd day of March, 2022.

*/s/ Katherine L. Anderson*

Katherine L. Anderson
WA Bar No. 41707
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
kanderson@ADFlegal.org

*Counsel for Plaintiff*

Reed PHV Motion - 3

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. I hereby certify that I have also served the foregoing with the complaint on all defendants when accomplishing service of process.

Dated: March 2, 2022

/s/ Katherine L. Anderson
Katherine L. Anderson
WA Bar No. 41707
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
kanderson@ADFlegal.org

*Counsel for Plaintiff*

Reed PHV Motion - 4