Katherine L. Anderson
WA Bar No. 41707
Ryan Tucker*
AZ Bar No. 034382
Jeremiah Galus*
AZ Bar No. 30469
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
kanderson@ADFlegal.org
rtucker@ADFlegal.org
jgalus@ADFlegal.org

Jacob E. Reed*
VA Bar No. 97181
ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, VA 20176
Telephone: (571) 707-4655
jreed@ADFlegal.org

*Counsel for Plaintiff*

\* Pending Admission *Pro Hac Vice*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| **UNION GOSPEL MISSION OF YAKIMA, WASHINGTON**, <br> *Plaintiff,* <br> v. <br> **ROBERT FERGUSON**, et al., <br> *Defendants.* | Civil Case No.: 1:23-cv-3027 <br><br> **MOTION TO ADMIT RYAN TUCKER *PRO HAC VICE*** |

The undersigned hereby moves for pro hac vice admission of Ryan Tucker in the above-captioned matter. Mr. Tucker's office address and phone number are 15100 N. 90th Street, Scottsdale, Arizona 85260 (480) 444-0020.

Tucker PHV Motion - 1

1. Mr. Tucker's appearance in this matter is necessary because our
2. firm has been retained by Plaintiff Union Gospel Mission of Yakima,
3. Washington, to represent it in this matter, given Alliance Defending
4. Freedom's expertise in the constitutional issues involved in this case.
5.     Mr. Tucker has been admitted to the following courts:

| Court | Date |
|---|---|
| Arizona Supreme Court | 10/26/18 |
| Texas Supreme Court | 11/02/01 |
| United States Supreme Court | 11/13/17 |
| U.S. Court of Appeals, Fifth Circuit | 06/12/07 |
| U.S. Court of Appeals, Ninth Circuit | 06/17/20 |
| U.S. Court of Appeals, Second Circuit | 06/22/20 |
| U.S. Court of Appeals, Sixth Circuit | 10/01/21 |
| U.S. Court of Appeals, Eighth Circuit | 10/07/21 |
| U.S. Court of Appeals, Eleventh Circuit | 10/08/21 |
| U.S. District Court, Western District of Texas | 04/05/02 |
| U.S. District Court, Southern District of Texas | 05/13/02 |
| U.S. District Court, Northern District of Texas | 04/03/09 |
| U.S. District Court, Western District of Michigan | 07/27/18 |
| U.S. District Court, Eastern District of Michigan | 04/05/19 |

Mr. Tucker has not been subject to any disciplinary sanction actions or a disciplinary sanction, nor does he have any such action pending.

In representing Plaintiff, Mr. Tucker will associate with me. My office address and phone are 15100 N. 90th Street, Scottsdale, AZ 85260, (480) 444-0020.

Respectfully submitted this 2nd day of March, 2022.

*/s/ Katherine L. Anderson*
Katherine L. Anderson
WA Bar No. 41707
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
kanderson@ADFlegal.org

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. I hereby certify that I have also served the foregoing with the complaint on all defendants when accomplishing service of process.

Dated: March 2, 2022

/s/ Katherine L. Anderson
Katherine L. Anderson
WA Bar No. 41707
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
kanderson@ADFlegal.org

*Counsel for Plaintiff*

Tucker PHV Motion - 4