| | |
|---|---|
| Katherine L. Anderson<br>WA Bar No. 41707<br>Ryan Tucker*<br>AZ Bar No. 034382<br>Jeremiah Galus*<br>AZ Bar No. 030469<br>ALLIANCE DEFENDING FREEDOM<br>15100 N. 90th Street<br>Scottsdale, AZ 85260<br>Telephone: (480) 444-0020<br>kanderson@ADFlegal.org<br>rtucker@ADFlegal.org<br>jgalus@ADFlegal.org | Jacob E. Reed*<br>VA Bar No. 97181<br>ALLIANCE DEFENDING FREEDOM<br>44180 Riverside Parkway<br>Lansdowne, VA 20176<br>Telephone: (571) 707-4655<br>jreed@ADFlegal.org<br><br>*Counsel for Plaintiff*<br><br>* Pending Admission *Pro Hac Vice* |

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **UNION GOSPEL MISSION OF YAKIMA, WASHINGTON**,<br>　　　　*Plaintiff,*<br>　　v.<br>**ROBERT FERGUSON**, et al.,<br>　　　　*Defendants.* | Civil Case No.: 1:23-cv-3027<br><br>**MOTION TO ADMIT JEREMIAH GALUS *PRO HAC VICE*** |

　　The undersigned hereby moves for pro hac vice admission of Jeremiah Galus in the above-captioned matter. Mr. Galus's office address and phone number are 15100 N. 90th Street, Scottsdale, Arizona 85260, (480) 444-0020.

Galus PHV Motion - 1

1  Mr. Galus's appearance in this matter is necessary because our
2  firm has been retained by Plaintiff Union Gospel Mission of Yakima,
3  Washington, to represent it in this matter, given Alliance Defending
4  Freedom's expertise in the constitutional issues involved in this case.
5  Mr. Galus has been admitted to the following courts:

| Court | Date |
|---|---|
| Arizona Supreme Court | September 30, 2013 |
| Pennsylvania Supreme Court | October 19, 2009 |
| District of Columbia Court of Appeals | May 7, 2010 |
| United States Supreme Court | January 11, 2021 |
| U.S. Court of Appeals, Second Circuit | November 14, 2016 |
| U.S. Court of Appeals, Ninth Circuit | April 12, 2018 |
| U.S. District Court, District of Arizona | December 14, 2016 |
| U.S. District Court, Eastern District of Michigan | June 25, 2019 |

Mr. Galus has not been subject to any disciplinary sanction actions or a disciplinary sanction, nor does he have any such action pending.

In representing Plaintiff, Mr. Galus will associate with me. My office address and phone are 15100 N. 90th Street, Scottsdale, AZ 85260, (480) 444-0020.

1  Respectfully submitted this 2nd day of March, 2022.

*/s/ Katherine L. Anderson*
Katherine L. Anderson
WA Bar No. 41707
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
kanderson@ADFlegal.org

*Counsel for Plaintiff*

Galus PHV Motion - 3

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. I hereby certify that I have also served the foregoing with the complaint on all defendants when accomplishing service of process.

Dated: March 2, 2022

/s/ Katherine L. Anderson
Katherine L. Anderson
WA Bar No. 41707
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
kanderson@ADFlegal.org

*Counsel for Plaintiff*