AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-3027

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Robert Ferguson
was received by me on *(date)* 03/08/2023 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* See Attached Proof of Service and Exhibit A

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03/15/2023

s/ Anthony Cameron Richardson
*Server's signature*

Anthony Cameron Richardson, Paralegal
*Printed name and title*

15100 N. 90th Street
Scottsdale, AZ 85260
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-3027

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jeff Sbaih
was received by me on *(date)* 03/08/2023 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* See Attached Proof of Service and Exhibit A

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03/15/2023

s/ Anthony Cameron Richardson
*Server's signature*

Anthony Cameron Richardson, Paralegal
*Printed name and title*

15100 N. 90th Street
Scottsdale, AZ 85260
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-3027

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Han Tran
was received by me on *(date)* 03/08/2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* See Attached Proof of Service and Exhibit A

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 03/15/2023

s/ Anthony Cameron Richardson
*Server's signature*

Anthony Cameron Richardson, Paralegal
*Printed name and title*

15100 N. 90th Street
Scottsdale, AZ 85260
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-3027

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Guadalupe Gamboa**
was received by me on *(date)* **03/08/2023**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* See Attached Proof of Service and Exhibit A

My fees are $ **0.00** for travel and $ **0.00** for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **03/15/2023**

s/ Anthony Cameron Richardson
*Server's signature*

Anthony Cameron Richardson, Paralegal
*Printed name and title*

15100 N. 90th Street
Scottsdale, AZ 85260
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-3027

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Deborah Cook
was received by me on *(date)* 03/08/2023.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* See Attached Proof of Service and Exhibit A

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 03/15/2023

s/ Anthony Cameron Richardson
*Server's signature*

Anthony Cameron Richardson, Paralegal
*Printed name and title*

15100 N. 90th Street
Scottsdale, AZ 85260
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-3027

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Andreta Armstrong
was received by me on *(date)* 03/08/2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* See Attached Proof of Service and Exhibit A

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 03/15/2023

s/ Anthony Cameron Richardson
*Server's signature*

Anthony Cameron Richardson, Paralegal
*Printed name and title*

15100 N. 90th Street
Scottsdale, AZ 85260
*Server's address*

Additional information regarding attempted service, etc:

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| **UNION GOSPEL MISSION OF YAKIMA, WASHINGTON,**<br><br>       *Plaintiff,*<br><br> v.<br><br>**ROBERT FERGUSON**, in his official capacity as Attorney General of Washington State; et al.,<br><br>       *Defendants.* | Civil Case No.: 1:23-cv-3027<br><br>**PROOF OF SERVICE** |

I, Anthony Cameron Richardson:

1. I am over the age of 18 years, have personal knowledge of the facts stated in this declaration and am competent to testify to those facts.
2. On March 8, 2023, I caused the following documents to be served via the email serviceATG@atg.wa.gov. Per the instruction provided on the Washington State Office of the Attorney General's website.

 a. Summons;

 b. Complaint with Exhibits 1 through 8.

| Name/Address: | Method: |
|---|---|
| Attorney General of Washington State<br>serviceATG@atg.wa.gov | [ ] U.S. First Clase Mail<br>[ ] Certified Mail<br>[X] E-mail<br>[ ] Legal Messenger |

3. In accordance with the Attorney General's instructions for service of process, electronic copies of the above documents were transmitted via Email. Attached as **Exhibit A** is a true and correct copy of the email confirmation of receipt by the Washington State Attorney General's office by Daniel J. Jeon, Assistant Attorney General of the Civil Rights Division, dated March 8, 2023.

SIGNED this 10th day of March, 2023.

s/*Anthony Cameron Richardson*
Anthony Cameron Richardson
Paralegal
Alliance Defending Freedom
Email: crichardson@adflegal.org

# EXHIBIT A



**AGO: Union Gospel Mission of Yakima v. Ferguson**

Jeon, Daniel (ATG) <daniel.jeon@atg.wa.gov>
To: Cameron Richardson
Wed 3/8/2023 11:32 PM

Follow up. Start by Thursday, March 9, 2023. Due by Thursday, March 9, 2023.
You forwarded this message on 3/10/2023 11:27 AM.

*EXTERNAL*

Good evening:

This email is to acknowledge receipt of the Summons and Complaint in Union Gospel Mission of Yakima v. Ferguson, No. 1:23-cv-3027.

Daniel J. Jeon
Assistant Attorney General
Civil Rights Division
Washington State Attorney General's Office
800 Fifth Ave., Ste. 2000
Seattle, WA 98104
(206) 342-6437