1 | ROBERT W. FERGUSON
Attorney General
2 | DANIEL J. JEON
Assistant Attorney General
3 | Attorney General of Washington
Wing Luke Civil Rights Division
4 | 800 Fifth Avenue, Suite 2000
Seattle, WA 98104
5 | (206) 342-6437

6

7

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

8

9 | UNION GOSPEL MISSION OF YAKIMA, WASH.,

NO. 1:23-cv-3027-MKD

10 | Plaintiff,

NOTICE OF APPEARANCE

11

12 | v.

13 | ROBERT FERGUSON, in his official capacity as Attorney General of Washington State, ANDRETA ARMSTRONG, in her official capacity as Executive Director of the Washington State Human Rights Commission; and DEBORAH COOK, GUADALUPE GAMBOA, JEFF SBAIH, and HAN TRAN, in their official capacities as Commissioners of the Washington State Human Rights Commission,

20 | Defendants.

21

22

NOTICE OF APPEARANCE
1:23-CV-3027-MKD

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

| | |
|---|---|
| 1 | TO: CLERK OF THE ABOVE ENTITLED COURT, |
| 2 | AND TO: KATHERINE ANDERSON, RYAN TUCKER, JEREMIAH |
| 3 | GALUS, and JACOB E. REED, attorneys for Plaintiff |

PLEASE TAKE NOTICE that Assistant Attorney General Daniel Jeon hereby enters his appearance on behalf of Defendant, Robert Ferguson, in his official capacity as Attorney General of Washington, Andreta Armstrong, in her official capacity as Executive Director of the Washington State Human Rights Commission; and Deborah Cook, Guadalupe Gamboa, Jeff Sbaih, and Han Tran, in their official capacities as Commissioners of the Washington State Human Rights Commission, in the above-entitled matter. It is requested that the undersigned be included in service of all papers and pleadings herein, except original process, at the address listed below.

DATED this 20th day of March, 2023.

Respectfully submitted,

ROBERT W. FERGUSON
Attorney General of Washington

*/s/ Daniel Jeon*
DANIEL J. JEON, WSBA No. 58087
Assistant Attorney General
Wing Luke Civil Rights Division
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 342-6437
daniel.jeon@atg.wa.gov

NOTICE OF APPEARANCE
1:23-CV-3027-MKD

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed with the United States District Court using the CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

DATED this 20th day of March, 2023.

*/s/ Tiffany Jennings*
TIFFANY JENNINGS
Legal Assistant

NOTICE OF APPEARANCE
1:23-CV-3027-MKD

3

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744