The Honorable Mary K. Dimke

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNION GOSPEL MISSION OF YAKIMA, WASH., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT FERGUSON, in his official capacity as Attorney General of Washington State, ANDRETA ARMSTRONG, in her official capacity as Executive Director of the Washington State Human Rights Commission; and DEBORAH COOK, GUADALUPE GAMBOA, JEFF SBAIH, and HAN TRAN, in their official capacities as Commissioners of the Washington State Human Rights Commission, <br><br> Defendants. | NO. 1:23-cv-3027-MKD <br><br> [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS |

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS
1:23-CV-3027-MKD

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

1  THIS MATTER comes before the United States District Court on a Motion
2  to Dismiss brought by Defendants, Robert Ferguson, in his official capacity as
3  Attorney General of Washington, Andreta Armstrong, in her official capacity as
4  Executive Director of the Washington State Human Rights Commission; and
5  Deborah Cook, Guadalupe Gamboa, Jeff Sbaih, and Han Tran, in their official
6  capacities as Commissioners of the Washington State Human Rights
7  Commission. The Court, being familiar with the records on file, and having
8  considered the Complaint, Defendants' Motion, Plaintiff's Opposition,
9  Defendants' Reply, and parties' arguments at hearing, hereby ORDERS,
10 ADJUDGES, and DECREES that:

11 The Defendants' Rule 12(b)(1) Motion is **GRANTED** and the case is
12 **DISMISSED** with prejudice.

13 **IT IS SO ORDERED.**

14 ENTERED this _____ day of _____ 2023.

16 _____
   Honorable Mary K. Dimke
17 United States District Court Judge

18 Presented by:

19 ROBERT W. FERGUSON
   Attorney General of Washington
20

21 _____
   DANIEL J. JEON, WSBA #58087
22 DAVID WARD, WSBA #28707

[PROPOSED] ORDER GRANTING
DEFEDANTS' MOTION TO DISMISS
1:23-CV-3027-MKD

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

1  Assistant Attorneys General
   Wing Luke Civil Rights Division
2  Office of the Attorney General
   800 Fifth Avenue, Suite 2000
3  Seattle, WA 98104
   (206) 342-7744
4  daniel.jeon@atg.wa.gov
   david.ward@atg.wa.gov

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

[PROPOSED] ORDER GRANTING
DEFEDANTS' MOTION TO DISMISS
1:23-CV-3027-MKD

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744