| | |
|---|---|
| Katherine Anderson | ROBERT W. FERGUSON |
| WA Bar No. 41707 | Attorney General |
| AZ Bar No. 29490 | DANIEL J. JEON |
| Ryan Tucker* | DAVID WARD |
| AZ Bar No. 034382 | Assistant Attorneys General |
| Jeremiah Galus* | Attorney General of Washington |
| AZ Bar No. 30469 | Civil Rights Division |
| ALLIANCE DEFENDING FREEDOM | 800 Fifth Avenue, Suite 2000 |
| 15100 N. 90th Street | Seattle, WA 98104 |
| Scottsdale, AZ 85260 | (206) 464-7744 |
| Telephone: (480) 444-0020 | |
| kanderson@ADFlegal.org | *Counsel for Defendants* |
| rtucker@ADFlegal.org | |
| jgalus@ADFlegal.org | |

*Counsel for Plaintiff*
\* Admitted *Pro Hac Vice*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **UNION GOSPEL MISSION OF YAKIMA, WASH.**, | |
| *Plaintiff*, | Civil Case No.: 1:23-cv-03027 |
| v. | |
| **ROBERT FERGUSON, ET AL.**, | **STIPULATED MOTION FOR BRIEFING SCHEDULE AND TO EXCEED PAGE LIMITS** |
| *Defendants*. | |
| | WITHOUT ORAL ARGUMENT |

Plaintiff Union Gospel Mission of Yakima, Wash., and Defendants Robert Ferguson, Andreta Armstrong, Deborah Cook, Guadalupe Gamboa, Jeff Sbaih, and Han Tran, have stipulated to a consolidated briefing scheduling for Defendants' Motion to Dismiss and Plaintiff's Motion for Preliminary Injunction, and jointly move the Court to approve and order the same. The parties also request that the Court allow them to exceed the page limits for Plaintiff's Motion for Preliminary Injunction and Defendants' Response in Opposition and file briefs up to 20 pages in length.

Defendants filed a Motion to Dismiss on March 29, 2023. *See* ECF No. 11. Plaintiff intends to file a Motion for Preliminary Injunction no later than April 5, 2023. Pursuant to Local Rule 7, both parties' counsel conferred and contacted the courtroom deputy to obtain a hearing date for both motions. The courtroom deputy informed counsel that the Court would hold a joint hearing on both Defendants' Motion to Dismiss and Plaintiff's Motion for Preliminary Injunction on May 31, 2023, at 9:00 a.m, if both motions are filed within the time requirements. The courtroom deputy also informed counsel that "a consolidated briefing schedule would be beneficial." Accordingly, counsel conferred and propose the briefing schedule set forth below:

| **Filing** | **Due Date** |
|---|---|
| Plaintiff's Motion for Preliminary Injunction | April 5, 2023 |

STIPULATED MOTION FOR BRIEFING SCHEDULE AND TO EXCEED PAGE LIMITS
- 1

| | |
|---|---|
| Plaintiff's Response to Defendants' Motion to Dismiss | May 3, 2023 |
| Defendants' Response to Plaintiff's Motion for Preliminary Injunction | May 3, 2023 |
| Plaintiff's Reply in Support of Motion for Preliminary Injunction | May 17, 2023 |
| Defendants' Reply in Support of Motion to Dismiss | May 17, 2023 |

The parties have also conferred and stipulated to file briefs that exceed the page limitations for Plaintiff's Motion for Preliminary Injunction and Defendants' Response in Opposition. Local Rule 7(f) limits motions for preliminary injunctions and responses to 10 pages. Given that Plaintiff's Motion will address the merits of its constitutional claims, the parties have agreed to a 20-page limit.

The parties respectfully request that this Court approve their proposed briefing schedule and request to exceed the page limits for the Motion for Preliminary Injunction and Response in Opposition and order the same.

Respectfully submitted this 4th day of April 2023,

| | |
|---|---|
| s/ Katherine Anderson | s/ Daniel Jeon |
| Katherine Anderson | ROBERT W. FERGUSON |
| WA Bar No. 41707 | Attorney General |
| AZ Bar No. 29490 | DANIEL J. JEON |
| Ryan Tucker* | DAVID WARD |
| AZ Bar No. 034382 | Assistant Attorneys General |
| Jeremiah Galus* | Attorney General of Washington |
| AZ Bar No. 30469 | Civil Rights Division |
| ALLIANCE DEFENDING FREEDOM | 800 Fifth Avenue, Suite 2000 |
| 15100 N. 90th Street | Seattle, WA 98104 |
| Scottsdale, AZ 85260 | (206) 464-7744 |

STIPULATED MOTION FOR BRIEFING SCHEDULE AND TO EXCEED PAGE LIMITS
- 2

Telephone: (480) 444-0020
kanderson@ADFlegal.org
rtucker@ADFlegal.org
jgalus@ADFlegal.org

*Counsel for Defendants*

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4th, 2023, I electronically filed the foregoing paper with the Clerk of Court using the ECF system which will send notification of such filing to all counsel of record.

<i>s/ Katherine Anderson</i>
Katherine Anderson