<table>
<tr><td>

Katherine Anderson
WA Bar No. 41707
AZ Bar No. 29490
Ryan Tucker*
AZ Bar No. 034382
Jeremiah Galus*
AZ Bar No. 30469
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
kanderson@ADFlegal.org
rtucker@ADFlegal.org
jgalus@ADFlegal.org

*Counsel for Plaintiff*
* Admitted *Pro Hac Vice*

</td><td>

ROBERT W. FERGUSON
Attorney General
DANIEL J. JEON
DAVID WARD
Assistant Attorneys General
Attorney General of Washington
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

*Counsel for Defendants*

</td></tr>
</table>

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **UNION GOSPEL MISSION OF YAKIMA, WASH.**, <br><br>*Plaintiff,*<br><br>v.<br><br>**ROBERT FERGUSON, ET AL.**,<br><br>*Defendants.* | Civil Case No.: 1:23-cv-03027<br><br>**(PROPOSED) ORDER SETTING BRIEFING SCHEDULE AND GRANTING REQUEST TO EXCEED PAGE LIMITS** |

Before the Court is the parties' Stipulated Motion for Briefing Schedule and to Exceed Page Limits.

For good cause shown the Court approves of the parties' proposed briefing schedule on their Motions to Dismiss and for Preliminary Injunction. It is so ORDERED that the parties shall file their response and reply briefs as set forth below:

| **Filing** | **Due Date** |
| --- | --- |
| Plaintiff's Motion for Preliminary Injunction | April 5, 2023 |
| Plaintiff's Response to Defendants' Motion to Dismiss | May 3, 2023 |
| Defendants' Response to Plaintiff's Motion for Preliminary Injunction | May 3, 2023 |
| Plaintiff's Reply in Support of Motion for Preliminary Injunction | May 17, 2023 |
| Defendants' Reply in Support of Motion to Dismiss | May 17, 2023 |

The Court also grants the parties' request to exceed the page limits on the Motion for Preliminary Injunction and Response in Opposition. It is so ORDERED that the Motion for Preliminary Injunction and Response in Opposition each shall not exceed 20 pages.

Dated: _____

Judge Mary K. Dimke

(Proposed) Order - 1