FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 05, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNION GOSPEL MISSION OF YAKIMA, WASH., <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT FERGUSON, et al. <br><br> Defendants. | No. 1:23-CV-3027-MKD <br><br> ORDER GRANTING IN PART STIPULATED MOTION FOR BRIEFING SCHEDULE AND TO EXCEED PAGE LIMITS <br><br> ECF No. 12 |

Before the Court is the parties' Stipulated Motion for Briefing Schedule and to Exceed Page Limits, ECF No. 12.  The Court has reviewed the motion and the record and is fully informed.  For the reasons detailed below, the Court grants in part and denies in part the parties' stipulated motion.

Defendants moved to dismiss the case in its entirety.  ECF No. 11. Defendants filed their motion on March 29, 2023, and requested oral argument to heard on May 31, 2023, at 9:00 a.m.  ECF No. 11.  The Court scheduled a motion hearing for that date and time.  Plaintiff advised the Court it intends to file a

ORDER - 1

motion for preliminary injunction today and requested that it be heard in conjunction with Defendants' pending motion. ECF No. 12 at 2. The Court anticipates hearing argument on both motions on May 31, 2023.

The parties have conferred about the motion practice, response times, and response limitations and filed a proposed schedule. ECF No. 12 at 2-3. The parties request leave to file overlength briefs related to the motion for preliminary injunction because they intend to address the merits of Plaintiff's constitutional claims. ECF No. 12 at 3. LCivR 7(f)(2) generally limits nondispositive motions and responses to 10 pages. The parties seek leave to file a 20-page motion and a 20-page response. ECF No. 12 at 3. Given the parties' representation regarding Plaintiff's argument, the Court grants the parties requests to file overlength filings with respect to the motion for preliminary injunction. The Court sets the following briefing schedule:

| Filing | Deadline | Page Limit |
| --- | --- | --- |
| Plaintiff's Response to Defendants' Motion to Dismiss | April 26, 2023 | 20 |
| Defendants' Reply in Support of Defendants' Motion to Dismiss | May 10, 2023 | 10 |
| Plaintiff's Motion for Preliminary Injunction | April 5, 2023 | 20 |
| Defendants' Response to Plaintiff's Motion for Preliminary Injunction | April 26, 2023 | 20 |
| Plaintiff's Reply in Support of Motion for Preliminary Injunction | May 10, 2023 | 10 |

ORDER - 2

Accordingly, **IT IS ORDERED:**

1. The parties' Stipulated Motion for Briefing Schedule and to Exceed Page Limits, **ECF No. 12**, is **GRANTED in part and DENIED in part** in the manner stated above.

2. No further extensions shall be granted without the Court's leave and upon a showing of good cause.

**IT IS SO ORDERED.** The District Court Executive is directed to file this order and provide copies to counsel.

DATED April 5, 2023.

<u>*s/Mary K. Dimke*</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 3