1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

# Exhibit 1



## Join Our Team

If you are motivated by love, faith in Christ, and a calling to do the work of helping those in great need in our community, please consider joining our team at Yakima Union Gospel Mission. Please be patient with our application process. We have an abundance of applicants at this time and we are trying to work through our processes with these!

Thank you for your interest in our positions!

FAITH STATEMENT          VIEW & APPLY          BENEFITS

