# Exhibit 2



# WORK

# Strange Thrift Store Application Asks About Beliefs on Bible, Homosexuality

BY SHIRA LI BARTOV ON 8/31/22 AT 6:05 PM EDT

WORK     JOBS     BIBLE     HOMOSEXUALITY     GENDER

Listen to this article now
Powered by Trinity Audio
00:00                                                                                                                         03:24

A job application has gone viral for requesting beliefs about the Trinity, homosexuality and gender identity—all for the position of "Thrift Store Associate."

A screenshot of the questionnaire appeared on Reddit's "Antiwork" forum on Tuesday, posted anonymously by user u/onlyinyaks. "Questions on an Indeed

the application.

*Newsweek* confirmed that the Thrift Store Associate listing was still active on Indeed.com. The job was advertised by the Yakima Union Gospel Mission in Yakima, Washington, a Christian homelessness aid group with the professed mission to "follow Christ in helping people move from homelessness to wholeness," according to its website. The organization runs three thrift stores in Yakima.

The Indeed application started out standard enough, requesting a resume and contact information before it turned to the more mystifying inquiries.

**NEWSWEEK NEWSLETTER SIGN-UP >**



Here, a thrift store in New York City in June 2022. A Washington thrift store's job application has gone viral for requesting beliefs about the Trinity, homosexuality and gender identity.
BILL TOMPKINS / CONTRIBUTOR/MICHAEL OCHS ARCHIVES

One question asked, "What do you believe about the Trinity as it relates to the Father, Son and Holy Spirit?"

examples such as, "It's the unchanging truth for all people."

Then the organization asked, "What do you believe the Bible says about homosexuality and how the Bible defines/views gender identity?"

**NEWSWEEK SUBSCRIPTION OFFERS >**

This was followed by, "Do you agree or disagree with what the Bible says about homosexuality and gender identity?"

According to the U.S. Equal Employment Opportunity Commission (EEOC), an employer whose "purpose and character is primarily religious" is permitted to lean toward hiring people of the same religion. However, religious organizations are not exempt from employment discrimination based on a person's gender, sexual orientation, national origin or disability.

READ MORE

- Fury As Manager Fires Employee After Spotting Job Application in Her Purse
- Most Commonly Misspelled Words on American CVs Revealed
- Woman Says She Was Denied Job for Not Putting NSFW Name on Application

Yakima Union Gospel Mission CEO Mike Johnson told *Newsweek*, "Our Thrift Stores are an integral part of living out Christian community," adding that store employees "regularly pray with each other, as well as donors and customers."

"Religious non-profits like YUGM are authorized by law to enact ministerial hiring standards as we staff our ministry," said Johnson.

Many Reddit users were baffled by the former job applicant's post, while others jumped in with comedic suggestions.

"Paste the Brokeback Mountain script," one reader commented.

"I'd have the Church of Satan help me answer them," said another.

The majority of Americans believe there is widespread discrimination against various racial, ethnic and religious groups in the United States.

A 2019 survey of 1,500 American adults by Pew Research Center found that Muslims were seen as facing more discrimination than other social groups, with 82 percent of U.S. adults saying that Muslims face at least some discrimination. Meanwhile, 64 percent of Americans said that Jews face some discrimination.

Christians are subject to some discrimination (70 percent versus 32 percent), according to the study. They are also more likely to say the same about white people (58 percent versus 25 percent) and men (48 percent versus 27 percent).

*Newsweek* reached out to u/onlyinyaks for comment.

REQUEST REPRINT & LICENSING, SUBMIT CORRECTION OR VIEW EDITORIAL GUIDELINES

## Popular in the Community

AdChoices                               Sponsored

THE DEBATE


It's OK to Ban Young Children From Restaurants | Opinion
BY LESLIE MARSHALL

VS

Banning Kids at Restaurants Is Dumb, but They Have the Right | Opinion
BY ARI HOFFMAN


OPINION


Making White Characters Black Isn't Progress. It's Pandering—and Insulting.
BY ALEX MILLER


Biden's Middle East Team Needs To Grow Up
BY SHOSHANA BRYEN


The Fatally Flawed DeSan-itizing of Education
BY DAVID FARIS


Defending the 2024 Election Starts Now. Here's How
BY JOCELYN BENSON AND ADRIAN FONTES


How the GOP Can Become the Pro-Child Party
BY KATY FAUST


Fetterman's Hospitalization Is Reminder Media Lied To Get Him Elected
BY JONATHAN TOBIN


The FBI's Targeting of 'Radical-Traditional Catholics' Bodes Ill
BY TYLER O'NEIL


The Lesson of East Palestine: We Small Town Americans Don't Matter


Does China Want to Rule the World? It's Not That Simple
BY DAN PERRY


It's Time for American Jews to Say Goodbye to the Democratic Party
BY SHEILA NAZARIAN


Banning Kids at Restaurants Is Dumb, but They Have the Right
BY ARI HOFFMAN


It's OK to Ban Young Children From Restaurants
BY LESLIE MARSHALL

**GET THE BEST OF NEWSWEEK VIA EMAIL**

Email address

## CHOOSE YOUR SUBSCRIPTION

### PREMIUM

Newsweek magazine delivered to your door
Unlimited access to Newsweek.com
Ad free Newsweek.com experience
iOS and Android app access
All newsletters + podcasts

FROM $9.99 ›



   

About Us    Masthead    Diversity    Announcements    Archive    Careers    Corrections    Contact Us

Policies and Standards    Mission Statement    Advertise    Copyright    Terms & Conditions    Privacy Policy

Cookie Policy    Terms of Sale    Leadership    CEO Dev Pragad    Newsletters