# Exhibit 3

Case 1:23-cv-03027-MKD    ECF No. 14-4    filed 04/05/23    PageID.242    Page 2 of 53

🔴 Reddit

🔍  ⊙ r/antiwork ⊗  Search Reddit                                    👤 ⌄

**FEEDS**

🏠 Home

🧭 Popular

**RECENT**

⊙ r/antiwork

**TOPICS**

🎮 Gaming                    ⌄

🏅 Sports                     ⌄

📈 Business, Economics, a...  ⌄

⚙ Crypto                     ⌄

🖵 Television                 ⌄

🏆 Celebrity                  ⌄

··· More Topics               ⌄

Posts    FAQs    Library    Quotes    Music

Posted by u/onlyinyaks 7 months ago 🗑 Ⓢ 2

## Questions on an Indeed application for a Thrift Shop.. Wasn't sure what to put, so I exited the application 😅

**What do you believe about the Trinity as it relates to the Father, Son, and Holy Spirit?**

[                                        ]

**What do you believe about the Bible?**

**For example: It's the unchanging truth for all people, or it's a record of religion from a certain time and culture, or state in your own words what you believe about the Bible.**

[                                        ]

**What do you believe the Bible says about homosexuality and how the Bible defines/views gender identity?**

[                                        ]

**Do you agree or disagree with what the Bible says about homosexuality and gender identity?**

[                                        ]

Create an account to follow your favorite communities and start taking part in conversations.

Join Reddit

💬 1.6k Comments    ↗ Share    ···                98% Upvoted



🔍     r/antiwork

**FEEDS**

🏠 Home

🧭 Popular

**RECENT**

 r/antiwork

**TOPICS**

⌄

⌄

⌄

⌄

⌄

⌄

⌄

Sort By: Best ⌄   |   🔍 Search comments

View discussions in 2 other communities

Dense-Competition-51 · 7 mo. ago

"Beats the hell out of me, I'm an atheist."

Then a series of N/As

⬆ **3.8k** ⬇   Share   •••

 H0RSE · 7 mo. ago 🏆

To be fair, a lot of people are atheists *because* of their exposure to the Bible/religion.

⬆ **2.3k** ⬇   Share   •••

Continue this thread →

 ProblemLongjumping12 · 7 mo. ago

Religious schools are the best producers of anti religious people. Ask anyone who went to Catholic school how they feel about it as an adult. I wouldn't want to work in a place that asked this bullshit. I highly doubt it has great pay and/or benefits. Better they let everyone know they're fruitcakes before you show up expecting a good place to work.

⬆ **182** ⬇   Share   •••

Continue this thread →

**8 more replies**

 Outlored · 7 mo. ago

Does the bible say anything about gender identity?

⬆ **630** ⬇   Share   •••

 _87- · 7 mo. ago Ⓢ 🏆

Several people are saying that the Bible doesn't say anything about gender identity, but that's not true. It's mentioned in several places. Here's one example from Galatians 3:28

**Create an account to follow your favorite communities and start taking part in conversations.**

 

FEEDS

🏠 Home

⊘ Popular

RECENT

r/antiwork

TOPICS

Q  r/antiwork

one in Christ Jesus.

⬆ 675 ⬇    Share    •••

Continue this thread →

 ShadowSora · 7 mo. ago

It did!

Jesus once said "I am Him" - meaning that his pronouns were very important and he went by He/Him 😎

⬆ 447 ⬇    Share    •••

Continue this thread →

[deleted] · 7 mo. ago

Nope. Doesn't say anything about abortion either. I know this form doesn't ask but it's brought up a lot so I thought I'd mention it.

⬆ 53 ⬇    Share    •••

Continue this thread →

BenjewminUnofficial · 7 mo. ago · edited 7 mo. ago 

It actually does, though not in the way these bigots think. Ancient Judaism discusses 6-8 genders, with discussions in the Talmud mostly relating to which male rituals and which female rituals non-binary people should follow.

I'm not arguing that ancient Judaism was ahead of the curve on gender (I'm sure modern eyes would see a lot problematic with its regimentation), more that modern society is behind the curve. Non-binary people have existed for as long as gender as a construct has existed, and the idea that they are a modern invention is a fiction that has been told to us.

⬆ 24 ⬇    Share    •••

 danimidsommar · 7 mo. ago

nope! it also doesn't say anything about homosexuality.

⬆ 38 ⬇    Share    •••

Create an account to follow your favorite communities and start taking part in conversations.

4/5/23, 4:34 PM — Questions on an Indeed application for a Thrift Shop. Wash? Leave what to pause? exited the application 😅 : antiwork

Case 1:23-cv-03027-MKD   ECF No. 14-4   filed 04/05/23   PageID.245   Page 5 of 53



🔍 ◉ r/antiwork

**FEEDS**

🏠 Home

⊘ Popular

**RECENT**

 r/antiwork

**TOPICS**


Marxist

They make their entire bigotry hinged on a yucky feeling they have and a stupid passage that says men shouldn't cross-dress (which trans people aren't doing anyway). Unsurprisingly the bible doesn't really give a shit.

⤴ 3 ⤵ Share ⋯

**6 more replies**

Hudwig_Von_Muscles · 7 mo. ago 

"As a homosexual male supremacist I support the Bible. God only created Adam, the first man. He didn't think to create women until later and when he did he made them evil. I love my gay Lord."

⤴ 2.3k ⤵ Share ⋯

Binnacle_Balls_jr · 7 mo. ago

*shop owner's head explodes*

⤴ 542 ⤵ Share ⋯

Continue this thread →

frogg101 · 7 mo. ago

Adam and Eve not Adam or Eve! It's a Bi-ble! God is bisexual!

⤴ 339 ⤵ Share ⋯

Continue this thread →

TheMan_Garith · 7 mo. ago

I have never seen this interpretation. Do you think the rule about homosexuality was created because of a bad break up between God and king David?

⤴ 87 ⤵ Share ⋯

Continue this thread →

420stonks · 7 mo. ago

You forgot how God put the only access to the male pleasure center equivalent to a gspot.... in the anus.

Create an account to follow your favorite communities and start taking part in conversations.

4/5/23, 4:34 PM
Case 1:23-cv-03027-MKD    ECF No. 14-4    filed 04/05/23    PageID.246    Page 6 of 53
Questions on an Indeed application for a Thrift Shop : Wash't save what to pause I exited the application 😩 : antiwork




FEEDS

🏠 Home

⊘ Popular

RECENT

🔵 r/antiwork

TOPICS

Makes me proud to be a member of the Church of Depantology, not one of those silly Abrahamic religions

⬆️ 118 ⬇️  Share  •••

 Caithloki · 7 mo. ago

I'm a Catholic whore, currently enjoying congress out of wedlock with my black Jewish boyfriend who works at a military abortion clinic. So, hail Satan, and have a lovely afternoon, madam.

⬆️ 85 ⬇️  Share  •••

Continue this thread →

 riceone52235 · 7 mo. ago



⬆️ 3 ⬇️  Share  •••

Continue this thread →

 vibrating0ranges · 7 mo. ago

"Gay sex prevents abortions!"

⬆️ 3 ⬇️  Share  •••

12 more replies

 InsomniacLive · 7 mo. ago

Paste the brokeback mountain script

⬆️ 281 ⬇️  Share  •••

[deleted] · 7 mo. ago

"I wish I knew how to quit you!"

⬆️ 40 ⬇️  Share  •••

 insomniacakess · 7 mo. ago
here for the memes

nono, bee movie script

⬆️ 5 ⬇️  Share  •••

Create an account to follow your favorite communities and start taking part in conversations.



FEEDS

🏠 Home

⊘ Popular

RECENT

 r/antiwork

TOPICS

The Vaporeon copypasta

⬆ 3 ⬇  Share  •••

 abbothenderson · 7 mo. ago 🌀

"The holy trinity? You mean mops, junior, and spook? They're okay."

"What do I believe about the Bible? I believe my dad lied to me, it's not just for beating unruly children with. Turns out there's also some pretty messed up stories in it."

⬆ 973 ⬇  Share  •••

 Mimosa_Coast · 7 mo. ago ☁️

The holy trinity is when you shit, piss, and vomit blood at the same time.

Amen.

⬆ 407 ⬇  Share  •••

Continue this thread →

 Emorals67 · 7 mo. ago

Father, Son & House of Gucci

⬆ 27 ⬇  Share  •••

 wolfwindmoon · 7 mo. ago

onions, bell peppers and celery? required!

⬆ 53 ⬇  Share  •••

Continue this thread →

 methodangel · 7 mo. ago

And here I thought it was Jim, Jack, and Jose.

⬆ 16 ⬇  Share  •••

Continue this thread →

 dion_o · 7 mo. ago

I believe the Bible is an effective doorstop and good at propping up the short leg of the couch.



 r/antiwork

**FEEDS**

🏠 Home

↗ Popular

**RECENT**

 r/antiwork

**TOPICS**

 **Katy-Moon** · 7 mo. ago

The bible can also be used to cure a cure a ganglion cyst. Medicine doing god's work.

⬆ 12 ⬇   Share   ···

**Continue this thread →**

10 more replies

 **rivain** · 7 mo. ago

Salvation Army?

⬆ 354 ⬇   Share   ···

 **anOvenofWitches** · 7 mo. ago

This reeks of them.

⬆ 208 ⬇   Share   ···

**Continue this thread →**

 **fruitbatboi** · 7 mo. ago

I have a feeling it's UGM, our local one had a similar application that got posted across local FB groups for a hot minute.

⬆ 22 ⬇   Share   ···

**Continue this thread →**

 **CondescendingShitbag** · 7 mo. ago

Could be Deseret Industries Thrift, which has association with the Mormon church.

⬆ 12 ⬇   Share   ···

**Continue this thread →**

 **SwingBiMe** · 7 mo. ago

That's what I was thinking, but it could be Community Aid too.

⬆ 7 ⬇   Share   ···

 **Stellathewizard** · 7 mo. ago

Could be or St Vincent de Paul

Create an account to follow your favorite communities and start taking part in conversations.

 

Q  r/antiwork

FEEDS

🏠 Home

⊘ Popular

RECENT

r/antiwork

TOPICS

---

1 more reply

 **papineau150** · 7 mo. ago

I'd also like this link. I'd have the Church of Satan help me answer them.

⬆ 175 ⬇    Share  •••

 **lapinatanegra** · 7 mo. ago

That's cheating! /s lol

⬆ 12 ⬇    Share  •••

Continue this thread →

3 more replies

 **Vargenwulf** · 7 mo. ago

Answers in this order.

1. Fuck

2. you

3. pay

4. me

⬆ 572 ⬇    Share  •••

 **BobanMarjonGo** · 7 mo. ago

You know these zealots pay the least bc they believe basking in their presence is worth more than money 

⬆ 156 ⬇    Share  •••

Continue this thread →

 **dontenumyourselfdude** · 7 mo. ago

"I jump for cash, bitch!" On all of them. Jeez if they wanted to know so much about the bible, they could just go to church. It's free and you don't have to waste an applicant's time

⬆ 12 ⬇    Share  •••

Create an account to follow your favorite communities and start taking part in conversations.



🔍 r/antiwork

**FEEDS**

🏠 Home

📡 Popular

**RECENT**

 r/antiwork

**TOPICS**

at yo sumbody pay dis guy

⬆ 28 ⬇ Share ···

Continue this thread →

 windexdude · 7 mo. ago

kanye west?

⬆ 3 ⬇ Share ···

Continue this thread →

 AspiringShadowseer · 7 mo. ago

You forgot 5

5. More

⬆ 3 ⬇ Share ···

5 more replies

 KnowOneNymous · 7 mo. ago

Go to the thrift shop as a client to give them used sex toys.

⬆ 62 ⬇ Share ···

Character_Switch5085 · 7 mo. ago

No just sneak them in and start putting them on the shelves with pricetags on them 🤣🤣🤣

⬆ 58 ⬇ Share ···

Continue this thread →

1 more reply

 Ill_Mushroom_2955 · 7 mo. ago

1. The Lord Doesn't

2. Pay me

3. Why does it matter?

4. WHY DOES IT 🐟ING MATTER?!

⬆ 119 ⬇ Share ···

Create an account to follow your favorite communities and start taking part in conversations.



r/antiwork

FEEDS

Home

Popular

RECENT

r/antiwork

TOPICS

dolphining matter?

⬆ **52** ⬇   Share   •••

Continue this thread →

 **TheZophiel** · 7 mo. ago

3 and 4, same answer "I believe that it is written in the Bible that Jesus said the he formed a new covenant with mankind that replaced the rules of the Old Testament, that we are all sinners undeserving of salvation and that only through Him and His sacrifice may any of us enter the kingdom of heaven. Since Jesus said nothing about either homosexuality or gender identity, it follows that the new covenant doesn't really care about either."

You don't have to be a Christian to believe that something is written in the Bible or to perform literary analysis.

⬆ **207** ⬇   Share   •••

 **detectivelonglegs** · 7 mo. ago

Fun fact, even in the Old Testament there is nothing about homosexuality (and likely also gender identity, no one gave a shit about that back then??)

The current 1983 translation is "Man shall not lie with man, for it is an abomination," while the original translation was actually "Man shall not lie with young boys as he does with a woman, for it is an abomination."

The church didn't like being told not to touch little kids, so they changed it to shame the gay community instead.

⬆ **143** ⬇   Share   •••

Continue this thread →

 **No_Arugula8915** · 7 mo. ago

Jesus said he came to fulfill the law, not to change it. The law demands death , he died, law fulfilled. The end.

⬆ **16** ⬇   Share   •••

Create an account to follow your favorite communities and start taking part in conversations.

 

Q   r/antiwork

**FEEDS**

 Home

 Popular

**RECENT**

 r/antiwork

**TOPICS**

---

 **lolbojack** · 7 mo. ago

Good time to copypasta some Aristocrats jokes.

⬆ **46** ⬇    Share    ···

---

 **Inside-thoughts** · 7 mo. ago

I'm pretty sure this is illegal?

⬆ **345** ⬇    Share    ···

 **Apprehensive_Copy458** · 7 mo. ago

Totally legal it it's religious owned. Hospitals, too; I once ended an online application process because it asked if I would have a problem participating in prayer circles with patients and If I know my Catholic prayers

⬆ **69** ⬇    Share    ···

**Continue this thread** →

**Opposite_Lifeguard80** · 7 mo. ago

It would be, unless this is a store run through a church and church funds

⬆ **171** ⬇    Share    ···

**Continue this thread** →

**[deleted]** · 7 mo. ago

Nope, it's almost certainly from a church run thrift shop, in which case it's legal.

⬆ **22** ⬇    Share    ···

 **primal___scream** · 7 mo. ago

Nope. Churches and their affiliates are exempt. They are legally allowed to discriminate as long as it's about religion.

⬆ **6** ⬇    Share    ···

**6 more replies**

---

**Create an account to follow your favorite communities and start taking part in conversations.**



 r/antiwork

**FEEDS**

🏠 Home

⊘ Popular

**RECENT**

 r/antiwork

**TOPICS**

Shit I'd ask them what THEY think the Bible fucking says about homosexuality. I'd bet their answer is completely wrong.

⬆ 29 ⬇   Share   ···

[deleted] · 7 mo. ago

That's a safe bet.

⬆ 3 ⬇   Share   ···

 a_wasted_wizard · 7 mo. ago

The only right path here is to assert dominance by providing answers that strongly suggest you're a different flavor of zealot.

⬆ 20 ⬇   Share   ···

 someomega · 7 mo. ago

The trinity is always equal parts. Most important thing is getting your cast iron skillet up to temp with some oil before adding the onions, bell peppers, and celery. Then add some salt/pepper. Stir till they start cooking down. Then you got the start to some good recipes.

⬆ 18 ⬇   Share   ···

**1 more reply**

 Sharp-Ad4389 · 7 mo. ago

For #3, make sure to put that if you still follow the laws of Leviticus then you believe that Jesus is not the Messiah, because according to basic Christian theology Jesus' sacrifice negated the laws of the Old testament and created a.....new testament.

Actually, I'd love to know the link so that I can apply and provide even more context for them.

⬆ 106 ⬇   Share   ···

 Jimmeu · 7 mo. ago

Questions on an Indeed application for a Thrift Shop : Wasn't sure what to put, so I exited the application 😂 : antiwork



🔍  ⌨  r/antiwork

**FEEDS**

🏠  Home

↗  Popular

**RECENT**

⊘  r/antiwork

**TOPICS**

⌄

⌄

⌄

⌄

⌄

⌄

⌄

literally and they are those that suit my own (hateful) views, only others are allegory / open to interpretation / old stories / dismissed by the new testament.

⬆ 74 ⬇   Share   •••

Continue this thread →

  **prettygraveling** · 7 mo. ago

My mom would've liked you. She regularly had tea and coffee with different church group ladies and she so much enjoyed questioning them with things like that because she had independently studied religion and theology for almost four decades and could run circles around them and their negative interpretations.

⬆ 29 ⬇   Share   •••

Continue this thread →

  **Sharp-Ad4389** · 7 mo. ago

Ooh and for #4, I totally agree, because Jesus said to love your neighbor and to not judge lest you be judged. Which supercedes what it says earlier, because of #3.

⬆ 15 ⬇   Share   •••

**6 more replies**

  **glendoraza** · 7 mo. ago

Thought this was r/religiousfruitcake for a second

Already cross posted it there 😅

⬆ 13 ⬇   Share   •••

  **fasterecho** · 7 mo. ago

As an atheist, I'd have soooooooo much fun with these answers.

⬆ 13 ⬇   Share   •••

**1 more reply**

Create an account to follow your favorite communities and start taking part in conversations.

 

🔍  r/antiwork

**FEEDS**

🏠 Home

⊘ Popular

**RECENT**

⌾ r/antiwork

**TOPICS**

⌄

⌄

⌄

⌄

⌄

⌄

⌄

I'd make sure to cite the verse against wearing blended fabric. That should go over well at a thrift store.

⬆ **14** ⬇   Share  ⋯

 **Lekonua** · 7 mo. ago

"I believe if you don't hire me, I can sue for religious discrimination whether that was the actual reason or not."

⬆ **11** ⬇   Share  ⋯

 **Sminempotion** · 7 mo. ago

Since women are technically just the ribs of men, all relationships are homosexual relationships. Therefore all good Christians are homosexual

⬆ **10** ⬇   Share  ⋯

 **aeschenkarnos** · 7 mo. ago

You're welcome to try these answers if you like:

1. The doctrine of Trinity derives from a third-century theological excursion, the Athanasian Creed.

2. The Bible is a curated collection of the utterings of various schizophrenia sufferers and amateur historians, written from memory, heavily edited, and freely rewritten as befit the political objectives of various monarchs, leaders of churches, etc over the centuries. It is in no sense the "word of God".

3. The Bible says nothing about homosexuality. The word "arsenokoitai" was mistranslated from Greek; it refers not to same-sex attracted adults, rather to child molesters, a class of criminal endemic within organized religion. It is no surprise that the luminaries of organized religion would have directed that such an edit be made, in order to redirect the ire of the credulous from their own sin towards another. As to "gender identity", no author of the Bible had the vaguest understanding of chromosomal genetics, hence this is not a concept

Create an account to follow your favorite communities and start taking part in conversations.



r/antiwork

FEEDS

🏠 Home

⊘ Popular

RECENT

🔵 r/antiwork

TOPICS

4. As at #3, the Bible says nothing about it and
therefore there is nothing to agree or disagree
with.

Let me know if they hire you, please.

⬆ 11 ⬇   Share   • • •

 **Maxonometric** · 7 mo. ago

Type "I think this sums it up pretty well:" and paste a link
to the nastiest porn you can find. Direct links to GIFs, not
videos, are best.

⬆ 50 ⬇   Share   • • •

 **hobbes_shot_first** · 7 mo. ago

Jokes on you, they're into that.

⬆ 16 ⬇   Share   • • •

Continue this thread →

 **Reliable-Information** · 7 mo. ago

Demon hentai

⬆ 10 ⬇   Share   • • •

Continue this thread →

**1 more reply**

 **supersaiyandoyle** · 7 mo. ago

I did an application like this for a Christian college
library, surprised to see it in a thrift store application.

⬆ 9 ⬇   Share   • • •

 **arkenian1** · 7 mo. ago

A lot of thrift stores are attached to religious
ministries. That doesn't necessarily make it legal to
ask this, but it might be (and even if it is not, the fact
that they are asking tells you something)

⬆ 7 ⬇   Share   • • •

Create an account to follow
your favorite communities
and start taking part in
conversations.




FEEDS

🏠 Home

↗ Popular

RECENT

 r/antiwork

TOPICS

"Doesn't matter. It's illegal to not hire me based on religion."

⬆ 6 ⬇   Share  •••

 **3qtpint** · 7 mo. ago

You can say that you believe anyone who calls themselves Christian and persecutes someone for being gay is a hypocrite who assumes to know the mind of god, and doesn't believe Jesus actually forgave any sin

⬆ 5 ⬇   Share  •••

 **rottentomatopi** · 7 mo. ago

Should report them since this is blatant discrimination.

⬆ 7 ⬇   Share  •••

 **FinalVegetable6314** · 7 mo. ago

Answer all the questions in Arabic

⬆ 6 ⬇   Share  •••

 **1nvent** · 7 mo. ago

This is salvation army I'm guessing...they are notorious for anti LGBT policy and treatment.

⬆ 5 ⬇   Share  •••

 **OpheliaGingerWolfe** · 7 mo. ago

1. Trinity really seemed to have a thing for Neo despite there being a lack of chemistry betwixt them.
2. Which Bible?
3. Which Bible?
4. Which Bible?

⬆ 18 ⬇   Share  •••

Create an account to follow your favorite communities and start taking part in conversations.

 

 r/antiwork

**FEEDS**

⌂ Home

⊘ Popular

**RECENT**

r/antiwork

**TOPICS**

Paste quotes from the Matrix

⌃ 4 ⌄  Share  •••

**1 more reply**

 **ZombiesCall** · 7 mo. ago

This looks like the work of a St. Vincent de Paul.

⌃ 5 ⌄  Share  •••

 **RedScarffedPrinny** · 7 mo. ago

Just put down: "What is a Bible?" And send the application

⌃ 5 ⌄  Share  •••

 **lumiesck** · 7 mo. ago

LMAO people have lost their fucking minds... this is just sad. Funny at the same time but sad. What's wrong with this world

⌃ 5 ⌄  Share  •••

 **tehjamerz** · 7 mo. ago

See for this I'm lucky my sister is a Religion major from Ivy League School. I'd ask her just to irritate the fuck out of them.

⌃ 6 ⌄  Share  •••

 **grrleona** · 7 mo. ago

Oh I want to try!

1. Same thing I think about Osiris, Horus, and Isis.
2. He said, he said, he said . . . etc. Thank you Johannes Gutenberg
3. Good one, trick question!

Create an account to follow your favorite communities and start taking part in conversations.



FEEDS

🏠 Home

↗ Popular

RECENT

r/antiwork

TOPICS

 r/antiwork

blasphemy.

⬆ 5 ⬇  Share  •••

 aliceroyal · 7 mo. ago

Report that shit to the dept of labor and then post us the link so we can spam it lmao

⬆ 6 ⬇  Share  •••

 BusyBeinBorn · 7 mo. ago

Can we have a link so we can all "apply?"

⬆ 3 ⬇  Share  •••

 LordHoughtenWeen · 7 mo. ago

I honour no false god, only the reality of Imperial Truth.

⬆ 4 ⬇  Share  •••

 The_Cysko_Kid · 7 mo. ago

1. What?

2. It's certainly a book

3. Utter nonsense.

4. Lol, no.

⬆ 4 ⬇  Share  •••

 isunktheship · 7 mo. ago

Quite a few thrift shops are owned and operated by churches

⬆ 4 ⬇  Share  •••

Create an account to follow your favorite communities and start taking part in conversations.

 SnooTigers7333 · 7 mo. ago

I like the funny stories about Jesus being a socialist

⬆ 3 ⬇  Share  •••

Questions on an Indeed application for a Thrift Shop. Wasn't sure what to put, so I exited the application 😅 : antiwork



🔍  r/antiwork

**FEEDS**

🏠 Home

⊘ Popular

**RECENT**

r/antiwork

**TOPICS**

 **slimpickings123** · 7 mo. ago

Wow, the answer to everyone of those is "Fuck off".

⬆ 5 ⬇ Share ···

**[deleted]** · 7 mo. ago

*Holy* shit this is illegal

⬆ 5 ⬇ Share ···

 **BlackHazeRus** · 7 mo. ago

I'm sure it's American company

⬆ 5 ⬇ Share ···

 **amethystmmm** · 7 mo. ago

Probably specifically the salvation army or a derivative.

⬆ 6 ⬇ Share ···

**Continue this thread** →

 **LeftandLeaving9006** · 7 mo. ago

I would have troll-answered the hell out of each question

⬆ 4 ⬇ Share ···

 **FaustsMephisto** · 7 mo. ago

As the bible says "A man who lays with another man shall as would a woman shall be stoned" Thus God supports gay sex, but only when both parties are high, thus calling for the legalisation of cannabis

⬆ 5 ⬇ Share ···



Create an account to follow your favorite communities and start taking part in conversations.

 **deadlight01** · 7 mo. ago

Wow, that would be incredibly illegal here in the UK. The US has a christo-fascist problem



🔍  r/antiwork

**FEEDS**

🏠 Home

⊘ Popular

**RECENT**

 r/antiwork

**TOPICS**

↖↘ Comment deleted by user · 7 mo. ago

 **TheBeep87** · 7 mo. ago

This can't be legal

⬆ 5 ⬇ Share ···

 **fidelesetaudax** · 7 mo. ago

Could be, if it's a church thrift shop.

⬆ 5 ⬇ Share ···

 **Azdak66** · 7 mo. ago

I would have had SO much fun with that application.

⬆ 3 ⬇ Share ···

 **littlelionbirdman** · 7 mo. ago

Bruh. 🙄. (Exasperated in queer)

⬆ 3 ⬇ Share ···

 **hbauman0001** · 7 mo. ago

Not sure the Bible says anything about gender identity. Also, I'd answer that divorce and promiscuity is more offensive than homosexuality. Being gay didn't even make the "top 10" commandments.

⬆ 3 ⬇ Share ···

 **Devolutionary76** · 7 mo. ago

1. The most holy of spirits - Jack Daniels, Jim Beam, and Jose Quervo.

2. If the bible was written by God, does that make him a ghostwriter?

3. It's a book, it doesn't talk.

4. Never heard it speak, only heard people speaking for it.

**Create an account to follow your favorite communities and start taking part in conversations.**

4/5/23, 4:34 PM
Case 1:23-cv-03027-MKD    ECF No. 14-4    filed 04/05/23    PageID.262    Page 22 of 53
Questions on an Indeed application for a Thrift Shop. Wasn't sure what to put, so I exited the application 😅 : antiwork




Q    ⊖ r/antiwork

**FEEDS**

🏠 Home

⊘ Popular

**RECENT**

 r/antiwork

**TOPICS**

 **erikleorgav2** · 7 mo. ago

Odin never asks such questions of us. So I refuse on the grounds of religious liberty.

⬆ 3 ⬇    Share    ···

 **RTMSner** · 7 mo. ago

That is all kinds of red flags. And unless they're a very specific type of organization tied to a church it is also illegal.

⬆ 3 ⬇    Share    ···

 **onlyangel96** · 7 mo. ago

Drop link. I wanna spam them with applications

⬆ 3 ⬇    Share    ···

 **GooseNYC** · 7 mo. ago

Anakin Skywalker was born without a father. So could Anakin (the father), Luke (the son) and Emperor (spirit) be the Trinity?

⬆ 3 ⬇    Share    ···

**1 more reply**

 **MorganZero** · 7 mo. ago

Salvation Army?

⬆ 3 ⬇    Share    ···

**[deleted]** · 7 mo. ago

Put "eat shit and die"

⬆ 3 ⬇    Share    ···

 **BlahMan06** · 7 mo. ago

*quotes the satanic bible*

Create an account to follow your favorite communities and start taking part in conversations.



 r/antiwork

**FEEDS**

🏠 Home

🧭 Popular

**RECENT**

 r/antiwork

**TOPICS**



**Doomguy46_** · 7 mo. ago

Fun fact, this is SUPER illegal!

⬆ 3 ⬇ Share •••



**NoQuestion7237** · 7 mo. ago

The father, the Son, and the Holy Fuck Off.

⬆ 3 ⬇ Share •••



**Mr_Yokai** · 7 mo. ago

Put "These questions are illegal, and if I don't get an interview you'll be hearing from my lawyer." in every field.

⬆ 3 ⬇ Share •••



**TechN4ra** · 7 mo. ago

I believe in the Trinity of the Tank, Healer, and DPS.

⬆ 3 ⬇ Share •••

1 more reply



**DreamingOfNYC** · 7 mo. ago · *edited 7 mo. ago*

Hi! I'm a Catholic, so I figured I'd point out that, from what I've been taught, God's stance on the gender binary is that it shouldn't, and technically doesn't, exist. Proof:

> Galatians 3:28 "There is neither Jew nor Greek, there is neither bond nor free, there is neither male nor female, for ye are all one in Christ Jesus"

Do with this information what you will 🙂

⬆ 3 ⬇ Share •••

1 more reply



**antifascist-mary** · 7 mo. ago

Communist

Create an account to follow your favorite communities and start taking part in conversations.

Case 1:23-cv-03027-MKD    ECF No. 14-4    filed 04/05/23    PageID.264    Page 24 of 53



 r/antiwork

**FEEDS**

🏠 Home

⊘ Popular

**RECENT**

 r/antiwork

**TOPICS**

Create an account to follow your favorite communities and start taking part in conversations.

⬜  ⌄

 **ether_rogue** · 7 mo. ago

These questions are illegal

⬆ 3 ⬇  Share  ···

 **Daaaaaaaaaaanasaur** · 7 mo. ago

Bro Jesus self identifies as bread That's next level pronouns

⬆ 3 ⬇  Share  ···

**2 more replies**

 **Abbaddonhope** · 7 mo. ago

I'd just copy the question into the answer and see how far it goes

⬆ 3 ⬇  Share  ···

 **merryone2K** · 7 mo. ago

I manage/operate a church charity thrift shop; if these questions had been on my application, I would have run faster than a frog's tongue flickering through a flock of flies. This application alone raises all sorts of red flags for me; am I going to have to "interview" people who hope to get help from my shop? Say that same-sex couple has a house fire - can I have them shop for free for their necessities or do I reject their request due to their sexual preferences? Is it up to me to decide who's "deserving"? FWIW, yes, my little shop is run "by a church" but there's not ONE volunteer FROM said church (they're all "too busy"). My volunteers come from the surrounding community, and it helps that the UCC (United Church of Christ) is one of the two VERY liberal denominations of christianity (Unitarians being the other). FWIW, my views are secular humanist; you DON'T NEED RELIGION TO BE A GOOD PERSON!

⬆ 5 ⬇  Share  ···



| | Search | r/antiwork |

FEEDS

🏠 Home

⊘ Popular

RECENT

r/antiwork

TOPICS

Answer it, then sue them for religious discrimination when they use it as an excuse for not hiring you.

⤒ 3 ⤓  Share  ⋯

 **Usagi_Shinobi** · 7 mo. ago

My guess is St Vincent De Paul.

⤒ 2 ⤓  Share  ⋯

 **random_vermonter** · 7 mo. ago

This looks illegal.

⤒ 2 ⤓  Share  ⋯

 **DrButtFart** · 7 mo. ago

I'm bored and would like to apply for this job if you can supply a link

⤒ 2 ⤓  Share  ⋯

**[deleted]** · 7 mo. ago

Was it a Christian thrift store or something? Did they say they were Christian thrift store? I wouldn't be comfortable working there or even shopping there after seeing this.

⤒ 2 ⤓  Share  ⋯

 **fixerpunk** · 7 mo. ago

Probably a church-owned thrift shop or otherwise it's illegal. Churches have a lot of interesting exemptions from labor law.

⤒ 2 ⤓  Share  ⋯

Create an account to follow your favorite communities and start taking part in conversations.

 **Punkrockpm** · 7 mo. ago

Salvation army?




FEEDS

🏠 Home

↗ Popular

RECENT

🔄 r/antiwork

TOPICS



**MikeTheBard** · 7 mo. ago

A number of years ago I met a guy at a festival. Gothy sort of punk looking, mostly naked, shaved head, huge tattoo covers his whole back with a giant Baphomet and 666.

Chatting with him, he mentions how he loves these events because in real life he has to do the suit and tie thing every day.

He works for Catholic Charities.

⬆ 2 ⬇   Share   ···



**sladebishop** · 7 mo. ago

Oh good you took screenshots. Now report them to every labor board in your immediate area for incredibly illegal interview/application questions.

⬆ 2 ⬇   Share   ···



**gullyterrier** · 7 mo. ago

Was it the Salvation Army? They are a religious organization. Still not right.

⬆ 2 ⬇   Share   ···



**Immortal_in_well** · 7 mo. ago

"If your god is willing to torture you for eternity for loving another consenting adult of the same gender, your god sucks and you suck for worshiping them."

⬆ 2 ⬇   Share   ···



**thatnerdtori** · 7 mo. ago

This has to be SalvAm right? Fuckers.

⬆ 2 ⬇   Share   ···

Create an account to follow your favorite communities and start taking part in conversations.



**AvoidingCares** · 7 mo. ago

Ancom



 r/antiwork

FEEDS

🏠 Home

⊘ Popular

RECENT

🔵 r/antiwork

TOPICS

ISIS.

⬆ 2 ⬇  Share  •••


**YakiMe** · 7 mo. ago

As allah states....

⬆ 2 ⬇  Share  •••


**E_B_Jamisen** · 7 mo. ago · *edited 7 mo. ago*

1. the Trinity is a fictional character in the Matrix franchise. She is portrayed by Carrie-Anne Moss in the films. Like the series' other main characters, Trinity is a computer programmer and a hacker who has escaped from the Matrix, a sophisticated computer program where most humans are imprisoned. Though few specifics are revealed about her previous life inside the Matrix, it is told that she cracked a database so secure that she is famous among hackers, and that Morpheus, one of a number of real-world hovercraft commanders, initially identified her and helped her escape from the program. At the beginning of the series, she is first mate on Morpheus' Nebuchadnezzar and serves mainly as a go-between for him and the individuals he wishes to free from the Matrix. As the series progresses, her primary importance as a character becomes her close relationship with Neo. She is skilled with computers, at operating vehicles both inside and outside the Matrix, and in martial arts.

2. The Holy Bible is the third studio album by Welsh alternative rock band Manic Street Preachers. It was released on 30 August 1994 by record label Epic. My favorite song from this album is the second track called "IfWhiteAmericaToldTheTruthForOneDayIt'sWorld WouldFallApart". The second to the last track called "the Intense Humming of Evil" comes in as a close second.

3. a listen of the Manic Street Preachers album "the Holy Bible" tries to give a voice to all marginalized groups, and teaches the evils of religion, which I do

Create an account to follow your favorite communities and start taking part in conversations.



 r/antiwork

FEEDS

🏠 Home

⊘ Popular

RECENT

r/antiwork

TOPICS

LGBTQ community and gender identity.

4. I agree with most of what the Manic Street Preachers say in their album.

ETA many of the words I use are from wikipedia

 ⬆ 2 ⬇ Share •••

Dizzle179 · 7 mo. ago

1. Well, my father abused me and told me it was a ghost, so not sure what I believe anymore.

2. Well, as far as fiction novels go, it's got everything, murder, incest, magic, zombies...

3. It's OK with incest and child abuse, so I'm sure it's fine with proper relationships.

4. See 3.

 ⬆ 2 ⬇ Share •••

Grasshoppermouse42 · 7 mo. ago

I almost want to apply here to have fun answering the questions. To the first question: I believe it's part of the Christian mythos.

To the second question: it's a book of myths from a particular era of middle eastern culture and it's stories and values very much reflect the ideology of the time. You can even see, from the earliest writings to the latest, how concepts of morality and right and wrong have evolved with the changing cultures they were written in.

To the third: The Bible does espouse very strict gender roles, and there are some, though not many, references in the Bible opposed to same sex relations. This is a common tactic in a group that's trying to gain tight control over a population, since whenever you have strict, predefined roles for different groups within your society, it's easier to manipulate the group because you only have to tailor your messaging to a very limited number of 'types' of people.

To the fourth: I'm opposed to fascism and totalitarian control over a population and I feel if someone's behaviors are not harmful to anyone, they should be

Create an account to follow your favorite communities and start taking part in conversations.



🔍     r/antiwork

**FEEDS**

🏠 Home

⊘ Popular

**RECENT**

⊘ r/antiwork

**TOPICS**

happiness and love, and this includes expressing themselves as the gender they feel best matches who they are as well as loving whoever they fall in love with, regardless of gender. If you have to force every person to behave in a very specific set of ways for your messaging to apply to them, then maybe your message isn't that good.

⬆ **2** ⬇    Share    •••

**1 more reply**



**Trini1113** · 7 mo. ago

1. I believe that the Trinity is a polytheistic violation of the first commandment.

2. I believe that the early books of the Bible were probably produced in the Kingdom of Judah (after the fall of Israel) to combine the mythologies of the two kingdoms. I also believe that other than the first 7 letters of Paul and possibly the 3 synoptic gospels, the NT is a collection of forgeries.

3. The part of the Bible that matter - the post-Exilic literature, the (mostly authentic) letters of Paul, and the three synoptic gospels say nothing I'm aware of about homosexuality or gender identity

4. See 3, above

Think I'd get the job?

⬆ **2** ⬇    Share    •••



**KittenKoder** · 7 mo. ago

Answer honestly then when they turn you down sue for discrimination.

⬆ **2** ⬇    Share    •••



**Healthy-Swim-990** · 7 mo. ago

We need a link to apply ourselves. I'd love to give them a good theological thrashing

⬆ **2** ⬇    Share    •••

Create an account to follow your favorite communities and start taking part in conversations.



Questions on an indeed application for a Thrift Shop. Wasn't sure what to put, so I exited the application 😅 : antiwork

  r/antiwork

**FEEDS**

🏠 Home

↗ Popular

**RECENT**

r/antiwork

**TOPICS**

Wow. Any way you feel comfortable sharing the name of this company? These types of questions should not be allowed.

⬆ 2 ⬇  Share  ⋯

 SkepticAquarian876 · 7 mo. ago

I believe in none of the above. Did they ask the persons who were dropping their donations off those questions befkre taking them?

These religious nobs are getting very annoying.

⬆ 2 ⬇  Share  ⋯

 the_rice_rat · 7 mo. ago

"Ma'am this is a Wendy's…"

⬆ 2 ⬇  Share  ⋯

 Honestyforsale · 7 mo. ago

Aren't these questions complete illegal?

⬆ 2 ⬇  Share  ⋯

 euphoricsolipsism · 7 mo. ago

I'm glad I'm seeing other comments mention Salvation Army because I'm pretty sure it's them. Don't know HOW I got hired there as Agnostic but I think I stood about a day before I left, I just cannot deal with religion on a regular basis

⬆ 2 ⬇  Share  ⋯

Raichuboy17 · 7 mo. ago

Isn't this type of questioning illegal??

⬆ 2 ⬇  Share  ⋯

Create an account to follow your favorite communities and start taking part in conversations.

Ferniclestix · 7 mo. ago



🔍 ⊙ r/antiwork

**FEEDS**

🏠 Home

⊘ Popular

**RECENT**

 r/antiwork

**TOPICS**

heathen, sinner for being trans... well lets just say youll become rather intimately introduced to the word of god so to speak.

⬆ 2 ⬇   Share   •••

**[deleted]** · 7 mo. ago

Pretty sure religious questions are illegal on job apps.

⬆ 2 ⬇   Share   •••

 **EmmieTheVengeful** · 7 mo. ago

Friendly reminder that the Salvation Army is garbage and you should never give them your money or your time

⬆ 2 ⬇   Share   •••

 **LadyBogangles14** · 7 mo. ago

You can report those for being illegal questions

⬆ 2 ⬇   Share   •••

 **danker-banker-69** · 7 mo. ago

report as illegal

⬆ 2 ⬇   Share   •••

 **bulwynkl** · 7 mo. ago

How many Christians does it take to change a lightbulb? Three but there really just the same guy

⬆ 2 ⬇   Share   •••

Create an account to follow your favorite communities and start taking part in conversations.

 **Fluffy-Designer** · 7 mo. ago

"None of this applies. The rapture has passed, and none of us were wanted"

Then wait for the fallout



🔍  r/antiwork

FEEDS

🏠 Home

↗ Popular

RECENT

 r/antiwork

TOPICS

 **youknowiactafool** · 7 mo. ago

Luckily I've got the answer key:

Lucifer Morningstar

Proverbs: 666

Hail Satan



⬆ **2** ⬇ Share ···

 **charliesk9unit** · 7 mo. ago

The answer to the first question.

"Altogether they form a Holy Centipede."

⬆ **2** ⬇ Share ···

 **pingpy** · 7 mo. ago

"The bible is a fictional novel designed and used to control and pacify entire populations and countries"

⬆ **2** ⬇ Share ···

 **Spoonloops** · 7 mo. ago

Is this legal?

⬆ **3** ⬇ Share ···

 **Discorded-Asexual** · 7 mo. ago

I'm like 99.9% sure that these questions are illegal

⬆ **2** ⬇ Share ···

 **Thiccgurll** · 7 mo. ago

Please tell me you reported this job post

⬆ **2** ⬇ Share ···



Create an account to follow your favorite communities and start taking part in conversations.



Q  🌐 r/antiwork

**FEEDS**

🏠 Home

⊘ Popular

**RECENT**

⊙ r/antiwork

**TOPICS**

Wowwwww

⬆ 2 ⬇  Share  ⋯

 **bahahahahahhhaha** · 7 mo. ago

Um, there is no way this is legal. Especially once they brought homosexuality into it. I'd report them to the labour board.

⬆ 2 ⬇  Share  ⋯

 **immoralfoul** · 7 mo. ago

Isn't this basically discrimination? This is basically saying if you don't believe in his religion that you're not going to get hired. Should probably report this.

⬆ 2 ⬇  Share  ⋯

 **cryptobarq** · 7 mo. ago

You should be able to report those questions; I believe discrimination based on religion is illegal.

⬆ 2 ⬇  Share  ⋯

 **RedSoxStormTrooper** · 7 mo. ago

"The bible says love thy neighbor as thy self" answer to all three questions

⬆ 2 ⬇  Share  ⋯

 **Catman9lives** · 7 mo. ago

my answer:

1)wtf

2)wtf nuggets

3)wtf nuggets with sauce

4)wtf nuggets with sauce and chips

⬆ 2 ⬇  Share  ⋯

Create an account to follow your favorite communities and start taking part in conversations.

4/5/23, 4:34 PM Questions on an Indeed application for a Thrift Shop. Wasn't sure what to put, so I exited the application 😂 : antiwork

Case 1:23-cv-03027-MKD ECF No. 14-4 filed 04/05/23 PageID.274 Page 34 of 53



🔍  r/antiwork

**FEEDS**

🏠 Home

⊘ Popular

**RECENT**

r/antiwork

**TOPICS**

⌄
⌄
⌄
⌄
⌄
⌄
⌄

"I very firmly believe this is in no way related to work."

X4

⬆ 2 ⬇  Share  •••

 **Fomalhot** · 7 mo. ago

Now I want to apply to this job 87 times. See how batshit I can make the answers.

⬆ 2 ⬇  Share  •••

 **jaycliche** · 7 mo. ago

Bible quotes for a job? Sounds illegal

⬆ 2 ⬇  Share  •••

 **mbolanosc** · 7 mo. ago

Report the questions to indeed.

⬆ 2 ⬇  Share  •••

 **SheepDogCO** · 7 mo. ago

Are you applying to be a Catholic?

⬆ 2 ⬇  Share  •••

 **EatTheMcDucks** · 7 mo. ago

The answer to every question is this URL. https://www.eeoc.gov/statutes/title-vii-civil-rights-act-1964

⬆ 2 ⬇  Share  •••

 **JJisTheDarkOne** · 7 mo. ago

Fuck religion.

I was recently denied a job opportunity because I very nicely declined to attend any outside of work religious activities and wouldn't be attending any of their

Create an account to follow your favorite communities and start taking part in conversations.



Q  r/antiwork

FEEDS

🏠  Home

⊘  Popular

RECENT

r/antiwork

TOPICS

I was DISCRIMINATED against on the grounds of religion, but it's completely fine because they are a religious school (it was for an IT position),. It goes completely against their own teachings to discriminate against people and against their "love everyone" crap they teach.

In my country you cannot discriminate based on sex, age or religion, but they can because they are a religious school.

Pathetic.

⌃ 2 ⌄    Share    •••

 **sinmantky** · 7 mo. ago

Title VII of the Civil Rights Act of 1964 prohibits employers from discriminating against individuals because of their religion (or lack of religious belief) in hiring, firing, or any other terms and conditions of employment. The law also prohibits job segregation based on religion, such as assigning an employee to a non-customer contact position because of actual or feared customer preference.

⌃ 2 ⌄    Share    •••

**Canadian_mk11** · 7 mo. ago

Yes; yes; yes; yes.

If you get an interview, just state that you believe in being positive.

 ⌃ 2 ⌄    Share    •••

 **Silocin20** · 7 mo. ago

Was this Good Will or Salvation Army?

⌃ 2 ⌄    Share    •••

**4 more replies**

 **wolftowolf** · 7 mo. ago

Create an account to follow your favorite communities and start taking part in conversations.



Questions on an Indeed application for a Thrift Shop. Wasn't sure what to put, so I exited the application 😅

 r/antiwork

FEEDS

⌂ Home

⊘ Popular

RECENT

⊙ r/antiwork

TOPICS

made a mythical son and offed him so he could bring him back to life I have some land for sale about 50 miles east of Miami!"

⬆ 2 ⬇   Share   •••

 **nytropy** · 7 mo. ago

'I'm not familiar with the Bible, I only read non-fiction.'

⬆ 2 ⬇   Share   •••

 **garyinchains** · 7 mo. ago

If you could post a link, I think I'd like to "apply" for this job.

⬆ 2 ⬇   Share   •••

 **abolish_gender** · 7 mo. ago

"As a nonbinary, bisexual atheist, gotta say it's not really my thing" and then pasting a copy of the local state's relevant EEOC laws.

⬆ 2 ⬇   Share   •••

 **son-of-soil** · 7 mo. ago

Answers

The director of the matrix was pretty awesome I think neo being the son, Morpheus the father and the matrix as the Holy Spirit really makes a good story and kinda puts things in perspective

Chinese whispers is a dangerous game

Well the bible says if 2 men are to lay together they shall be stoned, my question is sativa or indica?

That they must be stoned if they do it so again sativa or indica?

⬆ 2 ⬇   Share   •••

**1 more reply**

Create an account to follow your favorite communities and start taking part in conversations.





FEEDS

🏠 Home

⊘ Popular

RECENT

 r/antiwork

TOPICS

yeah you don't wanna work here i promise

⌃ 2 ⌄    Share    •••

 **Prestigious_Drawing2** · 7 mo. ago

Mandatory that I respect every persons right to believe what they want, But if a company forced their beliefs onto me as a potential candidate I'd awnser as follows, Yes I grew up religious but turned my back on it many many years ago.

1. The trinity is basically an oxymoron, as all 3 parts are interchangeable, different and the same all at once.

2. Which Bible do you refeer to? The Catholic, Luthetan, Orthodox etc. Etc. Are we talking the bible before the European conquests or after? Do we include the red sea scrolls or not?

3. The bible in any form doesn't say much about homosexuality and gender identity, However it does say alot about heterosexual relationships. Such as a man or woman who are unfaithful should be dragged to the front of their parents house and stoned. Come to think of it your company by 99% certainty are breaking at least 5 different passages of the bible.

4. Since the bible technically doesn't say anything about above mentioned subject, There is nothing to agree or disagree with.

⌃ 2 ⌄    Share    •••

 **JumboTheGiant** · 7 mo. ago

I'm pretty sure this is illegal isn't it? At least in the United States.

⌃ 2 ⌄    Share    •••

 **Lolleski** · 7 mo. ago

That's a yikes from me

⌃ 2 ⌄    Share    •••

Create an account to follow your favorite communities and start taking part in conversations.

4/5/23, 4:34 PM    Questions on an Indeed application for a Thrift Shop. Wasn't sure what to put, so I exited the application 😅 : antiwork

Case 1:23-cv-03027-MKD    ECF No. 14-4    filed 04/05/23    PageID.278    Page 38 of 53

 

Q    r/antiwork

FEEDS

⌂  Home

⊘  Popular

RECENT

🔹  r/antiwork

TOPICS

Hope you mark/flag it as discriminatory

⌃ 2 ⌄    Share    •••

 **tomatocucumber** · 7 mo. ago

I live in a city in a conservative state (yes, southern), and there's a lot of publishing here, (which I have a background in), but they're allowed to ask these questions because they're affiliated with a church. Like no, I don't go to your church or churches generally

It's super f'ed up that religion has a part in how you can make money. I mean, fuck capitalists, but an extra f you if I have to pass a religion test so that you can capitalize on my work. Supply-side Jesus is the worst

⌃ 2 ⌄    Share    •••

 **Specialist-Source-18** · 7 mo. ago

"My father's name is Mr Specialist Source, I don't have a son and the holy spirit is Jameson Irish Whiskey"

⌃ 2 ⌄    Share    •••

 **TheKangaroo101** · 7 mo. ago

maybe this is secretly a method of finding an atheist to hire after having a stream of rebelliously religious, homosexual employees in your thrift store

⌃ 2 ⌄    Share    •••

 **Tiny_Assistance9735** · 7 mo. ago

You put N/A to any question not directly related to the job.

⌃ 2 ⌄    Share    •••

 **KapteeniJ** · 7 mo. ago

I'd answer as if I was fundie Christian. If I got the job, I'd then drop all pretenses, and if they fired me, I'd have

Create an account to follow your favorite communities and start taking part in conversations.



 r/antiwork

**FEEDS**

🏠 Home

⊘ Popular

**RECENT**

 r/antiwork

**TOPICS**

Create an account to follow your favorite communities and start taking part in conversations.

---

Also, most countries have protection regarding what you can ask in job interviews, this would likely be plain illegal, so you might want to report this to relevant authorities. But in case it isn't, I think even USA still has it illegal to fire people for not going to the same church as you. So the first way of trolling them into firing you by citing religion as a reason would probably be still fairly profitable way to deal with Christians.

⬆ 2 ⬇    Share    •••

**VivaVeracity** · 7 mo. ago
Secrets your boss doesn't want you to know

Should be sued for discriminatory hiring

⬆ 2 ⬇    Share    •••

**chloejadeskye** · 7 mo. ago

Gross.

⬆ 2 ⬇    Share    •••

**Savvy_Jo3** · 7 mo. ago

I believe these questions get answered with "labor law violation", over and over.

⬆ 2 ⬇    Share    •••

**[deleted]** · 7 mo. ago

As a strongly devoted catholic I truly do not believe that someone's religious views should bar them from work at all. Church/beliefs should be completely separated from everything that has to do with work govt and anything else that impacts our day to day. I don't go walking around trying to convert people so why should your place of work do so.

⬆ 2 ⬇    Share    •••

**753 more replies**

**More posts from the antiwork community**



Create an account to follow your favorite communities and start taking part in conversations.



Create an account to follow your favorite communities and start taking part in conversations.





FEEDS

🏠 Home

⊘ Popular

RECENT

r/antiwork

TOPICS

Create an account to follow
your favorite communities
and start taking part in
conversations.



Create an account to follow
your favorite communities
and start taking part in
conversations.

🔴    🔍    ◑ r/antiwork

**FEEDS**

⌂ Home

⊘ Popular

**RECENT**

◑ r/antiwork

**TOPICS**

⌄

⌄

⌄

⌄

⌄

⌄

⌄

Create an account to follow
your favorite communities
and start taking part in
conversations.





FEEDS

🏠 Home

⊘ Popular

RECENT

r/antiwork

TOPICS

Create an account to follow
your favorite communities
and start taking part in
conversations.



4/5/23, 4:34 PM
Case 1:23-cv-03027-MKD    ECF No. 14-4    filed 04/05/23    PageID.290    Page 50 of 53
Questions on an Indeed application for a Thrift Shop. Wasn't sure what to put, so I exited the application 😅 : antiwork



Create an account to follow your favorite communities and start taking part in conversations.

4/5/23, 4:34 PM · Questions on an Indeed application for a Thrift Shop. Wasn't sure what to put, so I exited the application 😅 : antiwork

Case 1:23-cv-03027-MKD ECF No. 14-4 filed 04/05/23 PageID.291 Page 51 of 53



Create an account to follow your favorite communities and start taking part in conversations.

4/5/23, 4:34 PM Case 1:23-cv-03027-MKD ECF No. 14-4 filed 04/05/23 PageID.292 Page 52 of 53 antiwork

Questions on an Indeed application for a Thrift Shop. Wasn't sure what to put, so I exited the application 😊 : antiwork

⚲   ⊙  r/antiwork

**FEEDS**

⌂  Home

⊘  Popular

**RECENT**

◉  r/antiwork

**TOPICS**

⌄

⌄

⌄

⌄

⌄

⌄

⌄

Create an account to follow
your favorite communities
and start taking part in
conversations.

