UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNION GOSPEL MISSION OF YAKIMA, WASH.,<br><br>        *Plaintiff,*<br><br>  v.<br><br>ROBERT FERGUSON, ET AL.,<br><br>        *Defendants.* | Civil Case No.: 1:23-cv-03027<br><br>**(PROPOSED) ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION** |

      Before the Court is Plaintiff's Motion for Preliminary Injunction. The Court, having considered the parties' arguments, hereby GRANTS Plaintiff's Motion for Preliminary Injunction. The Court finds that Plaintiff is likely to succeed on the merits of its claims; will suffer and is suffering irreparable harm in the absence of a preliminary injunction; the harm to Plaintiff in the absence of a preliminary injunction outweighs any harm to Defendants; and a preliminary injunction is in

the public interest. *See Am. Beverage Ass'n v. City & Cnty. of San Francisco*, 916 F.3d 749, 754 (9th Cir. 2019).

Accordingly, pursuant to Fed. R. Civ. P. 65, the Court ORDERS the following:

A. Defendants are enjoined from enforcing (including through investigations) the Washington Law Against Discrimination against Union Gospel Mission of Yakima, Wash. for preferring and hiring only coreligionists—those who agree with and will adhere to its religious tenets and behavior requirements—for its non-ministerial positions, including its IT technician and operations assistant positions;

B. Defendants are enjoined from enforcing (including through investigations) the Washington Law Against Discrimination against Union Gospel Mission of Yakima, Wash. for publishing and communicating its religious beliefs and behavior requirements for non-ministerial employees to others, including by publishing its Religious Hiring Statement; and

C. Plaintiff is not required to give security.

This Order is effective immediately and shall remain effective during the pendency of this action.

DATED _____                              _____
                                              Judge Mark K. Dimke
                                              United States District Judge