ROBERT W. FERGUSON
Attorney General
DAVID WARD
DANIEL J. JEON
Assistant Attorneys General
Attorney General of Washington
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNION GOSPEL MISSION OF YAKIMA, WASH., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT FERGUSON, in his official capacity as Attorney General of Washington State; ANDRETA ARMSTRONG, in her official capacity as Executive Director of the Washington State Human Rights Commission; and DEBORAH COOK, GUADALUPE GAMBOA, JEFF SBAIH, and HAN TRAN, in their official capacities as Commissioners of the Washington State Human Rights Commission, <br><br> Defendants. | NO. 1:23-cv-3027-MKD <br><br> DECLARATION OF DEBORAH GONZALES IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |

DECLARATION OF DEBORAH
GONZALES IN SUPPORT OF
DEFENDANTS' RESPONSE TO
PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

I, Deborah Gonzales, hereby state and declare as follows:

1.      I am over eighteen years of age, have personal knowledge of and am competent to testify about the matters herein.

2.      I am the Administrative Services Manager with the Washington State Human Rights Commission (Commission). I am also the Commission's Records Custodian.

3.      The Commission receives and investigates individual complaints of discrimination alleging conduct in violation of the Washington Law Against Discrimination, including complaints of employment discrimination. The Commission maintains a searchable, electronic database of the complaints it receives.

4.      I directed a search of the Commission's records for any complaints received about the Union Gospel Mission of Yakima (UGM) since 2014 and prior to UGM filing this lawsuit.

5.      Since 2014 and prior to UGM filing the present lawsuit, the Commission received three complaints regarding UGM. The same individual filed all three complaints. The first complaint was received on June 4, 2014, the second complaint was received on February 24, 2015, and the third complaint was received on June 25, 2015. No complaint alleged employment discrimination based on UGM's religious beliefs.

DECLARATION OF DEBORAH
GONZALES IN SUPPORT OF
DEFENDANTS' RESPONSE TO
PLAINTIFF'S MOTION  FOR
PRELIMINARY INJUNCTION

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

1    6.    The June 4, 2014, complaint alleged that UGM discriminated on the

2    basis of disability and that UGM retaliated against complainant. The Commission

3    determined that the complainant suffered no adverse employment action and did

4    not oppose an unfair practice. Consequently, the Commission made a finding of

5    no reasonable cause to believe an unfair practice occurred and closed the matter.

6    True and correct copies of the Commission's "no reasonable cause"

7    determination and memorandum are attached hereto as Exhibit A.

8    7.    The February 24, 2015, complaint alleged that UGM discriminated

9    on the basis of sex by compensating male employees, including the complainant,

10    with room and board only, while providing female employees with monetary

11    compensation in addition to room and board. The Commission's investigation

12    revealed that the complainant was not an employee of UGM, but rather an unpaid,

13    live-in volunteer, who was required to volunteer as a resident of UGM's shelter.

14    As a result, the Commission made a finding of no reasonable cause to believe

15    that an unfair practice had occurred in violation of the Washington Law Against

16    Discrimination and closed the matter. True and correct copies of the

17    Commission's "no reasonable cause" determination and memorandum are

18    attached hereto as Exhibit B.

19    8.    The June 25, 2015, complaint alleged that UGM retaliated against

20    the complainant by terminating his employment for filing the February 24, 2015,

21    sex discrimination complaint. However, the complainant confirmed to a

22

DECLARATION OF DEBORAH
GONZALES IN SUPPORT OF
DEFENDANTS' RESPONSE TO
PLAINTIFF'S MOTION  FOR
PRELIMINARY INJUNCTION

2

1  Commission investigator that he continued to be a UGM volunteer and continued

2  to reside at the UGM shelter. The Commission made a finding of no reasonable

3  cause and closed the matter. True and correct copies of the Commission's "no

4  reasonable cause" determination and memorandum are attached hereto as

5  Exhibit C.

6      9.    After UGM filed this lawsuit, the Commission received an intake

7  questionnaire from an individual who alleged that her contract was not renewed

8  because of her religious beliefs as a Catholic and due to "the lawsuit." The

9  Commission did not investigate that complaint because it does not have

10  jurisdiction over employment discrimination complaints submitted by

11  independent contractors. True and correct copies of this intake questionnaire and

12  the Commission's response regarding its jurisdiction are attached hereto as

13  Exhibit D.

14     10.    I have inquired with Commission staff who have served at the

15  agency since 2000. No one is aware of any particular instance that the

16  Commission has, by regulation or ruling, found an employment practice to be

17  appropriate for the practical realization of equality of opportunity between the

18  sexes pursuant to RCW 49.60.180(3).

19     11.    The Commission has no present or ongoing investigation into UGM,

20  and has never investigated UGM for alleged employment discrimination based

21  on UGM's religious beliefs.

22

DECLARATION OF DEBORAH
GONZALES IN SUPPORT OF
DEFENDANTS' RESPONSE TO
PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION

3

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

1    I declare under penalty of perjury under the laws of the State of

2  Washington that the foregoing is true and correct.

3

4    DATED this 26th day of April, 2023, at Seattle, Washington

5

6

Deborah Gonzales

7    Deborah Gonzales

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

DECLARATION OF DEBORAH
GONZALES IN SUPPORT OF
DEFENDANTS' RESPONSE TO
PLAINTIFF'S MOTION  FOR
PRELIMINARY INJUNCTION

4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the United States District Court using the CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

DATED this 26th day of April, 2023.

TIFFANY JENNINGS
Legal Assistant

DECLARATION OF DEBORAH
GONZALES IN SUPPORT OF
DEFENDANTS' RESPONSE TO
PLAINTIFF'S MOTION  FOR
PRELIMINARY INJUNCTION

4

# GONZALES DECLARATION

# EXHIBIT A

# WASHINGTON STATE HUMAN RIGHTS COMMISSION

## CASE MEMORANDUM

**TO:**           Commissioners

**FROM:**         Kenia Rios

**DATE:**         July 17, 2014

**CASE NAME:**    White, Tim v Yakima Union Gospel Mission

**CASE #:**       39EDZ-0851-13-4

**EEOC #:**       38G-2014-00630

1.  I recommend closure of the above case based on a finding that: there is no reasonable cause to conclude that discrimination took place, based on RCW 49.60.240(1).

2.  The following information supports the recommendation: Complainant alleges discrimination in employment based on disability and retaliation.

3.  Complainant stated that the Director has been treating him differently and created a hostile work environment for him. Complainant stated that Respondent threatened to take his position away because he was not able to see very well due to his disability and being able to see the safety area where women and children are is one of his job duties. However, Complainant has not been removed from his position. Complainant alleges that since he refused to open people's U.S. mail for Respondent, which he believes to be illegal, the Director has singled him out and created a hostile environment for him.

4.  Complainant's claim does not meet the legal standard necessary to support an element of a discrimination claim based on disability and retaliation. There is no evidence to show that Complainant was subjected to an adverse employment action due to his disability. Complainant did not oppose a practice prohibited under RCW 49.60, therefore, he cannot sustain a violation of retaliation.

# GONZALES DECLARATION

# EXHIBIT B

## WASHINGTON STATE HUMAN RIGHTS COMMISSION

## INVESTIGATIVE FINDING/CLOSURE RECOMMENDATION

**CASE NAME:**   Tim White v. Yakima's Union Gospel Mission
**CASE #:**   39ES-0731-14-5
**EEOC #:**   38G-2015-00489
**FILING DATE:**   February 24, 2015

**COMPLAINANT:**   Tim White
**RESPONDENT:**   Yakima's Union Gospel Mission

**PURSUANT TO RCW 49.60.240 YOUR COMPLAINT WAS ASSIGNED TO COMMISSION STAFF FOR REVIEW AND EVALUATION. THE RESULT OF THE INVESTIGATION IS SUMMARIZED BELOW.**

**YOUR COMPLAINT FILED WITH THE COMMISSION IS RECOMMENDED FOR CLOSURE DUE TO THE FOLLOWING REASON:**

**NO REASONABLE CAUSE:** Timeliness and all other jurisdictional requirements have been met. Investigation into Complainant's claim of different treatment/terms and conditions based on sex fails to show that Complainant was treated differently than similarly situated female employees.

**EXPLANATION OF FINDING:** A NO REASONABLE CAUSE FINDING means that there is not sufficient evidence to show that an unfair practice has occurred as defined by RCW 49.60, Washington State Law Against Discrimination. This Commission action does not preclude the Complainant from filing a civil action in a court of competent jurisdiction [RCW 49.60.030(2)]. It should be noted that private civil actions must be filed in court within limited periods from the date of the alleged unfair practice.

Investigator: Becky Moore                Date  9/28/15

Operations Manager:  Idolina Reta                Date  9/28/15

# WASHINGTON STATE HUMAN RIGHTS COMMISSION

## CASE MEMORANDUM

**TO:**           Commissioners

**FROM:**      Becky Moore, Investigator

**DATE:**       September 15, 2015

**CASE NAME:**   Tim White v. Yakima Union Gospel Mission

**CASE #:**       39ES-0731-14-5                **EEOC #:**  38G-2015-00489

---

1.  I recommend closure of the above case based on a finding that: after an investigation into the facts of the case, there is **No Reasonable Cause** to conclude that discrimination took place.

2.  The following information supports the recommendation:  Complainant alleges discrimination in employment based on sex (male).  Specifically, Complainant alleges that Respondent hired him as a HUB worker.  Complainant states that Respondent only compensates male employees with room and board and the female employees receive monetary compensation in addition to the room and board.

3.  Respondent articulated a legitimate, non-discriminatory reason for its actions; there are two sides to Respondent's facility, one side for males and one for females and children.  Respondent provided evidence that HUB workers are residents of the shelter on the male side and are required to volunteer in order to have residency.  Complainant is a live-in volunteer and not a paid employee. The Family Shelter side of Respondent business is for women and children only due to privacy concerns.  The Family Shelter is operated by women only, and two of the four women who work on the female side of the shelter are required to live on-site to be available at all times for the women and children.  These female employees are not residents and are paid employees.

4.  Investigation into Complainant's claim of different treatment/terms and conditions based on sex fails to show that Complainant was treated differently than similarly situated female employees. Complainant is a volunteer.  Complainant was not able to rebut Respondent's defense.  Therefore, Complainant's claim does not meet the legal standard necessary to support an element of a discrimination claim based on sex.

# GONZALES DECLARATION

# EXHIBIT C

# WASHINGTON STATE HUMAN RIGHTS COMMISSION

## INVESTIGATIVE FINDING/CLOSURE RECOMMENDATION

**CASE NAME:**     Tim White v. Yakima's Union Gospel Mission
**CASE #:**           39EZ-0114-15-6
**EEOC #:**          38G-2015-00729
**FILING DATE:**   June 25, 2015

**COMPLAINANT:**   Tim White
**RESPONDENT:**     Yakima's Union Gospel Mission

PURSUANT TO RCW **49.60.240** YOUR COMPLAINT WAS ASSIGNED TO COMMISSION STAFF FOR REVIEW AND EVALUATION. THE RESULT OF THE INVESTIGATION IS SUMMARIZED BELOW.

YOUR COMPLAINT FILED WITH THE COMMISSION IS RECOMMENDED FOR CLOSURE DUE TO THE FOLLOWING REASON:

NO REASONABLE CAUSE: The facts as stated in the complaint do not constitute an unfair practice under the Washington State Law Against Discrimination [RCW 49.60.240(1)(a)]. The legal standard required to support the elements in a complaint of discrimination has not been met for the following reasons: The investigation did not show that Complainant was subjected to an adverse action.

EXPLANATION OF FINDING: A finding of **No Reasonable Cause** may be made without further investigation if the facts as stated in the complaint do not constitute an unfair practice, and means that there is not sufficient evidence to show that an unfair practice has occurred as defined by RCW 49.60, Washington State Law Against Discrimination [RCW 49.60.240(1)(a)]. This Commission action does not preclude the Complainant from filing a civil action in a court of competent jurisdiction [RCW 49.60.030(2)]. It should be noted that private civil actions must be filed in a court within limited time periods from the date of the alleged unfair practice.


Investigator: Becky Moore                                    Date   9/15/15

Manager:  Laura Lindstrand                                   Date   9/16/2015

# WASHINGTON STATE HUMAN RIGHTS COMMISSION

## CASE MEMORANDUM

**TO:**           Commissioners

**FROM:**      Becky Moore, Investigator

**DATE:**      September 11, 2015

**CASE NAME:**    Tim White v. Yakima Union Gospel Mission
**CASE #:**           39EZ-0114-15-6
**EEOC #:**          38G-2015-00729

1. I recommend closure of the above case based on a finding that: there is no reasonable cause to conclude that discrimination took place, based on RCW 49.60.240(1).

2. The following information supports the recommendation: Complainant alleges discrimination in employment based on retaliation. Complainant states that after filing a discrimination complaint with the Washington State Human Rights Commission, Respondent's Director, told Complainant that he would no longer be needed as a volunteer. However, Complainant has not been removed from volunteering, and continues to volunteer as a dorm room monitor.

3. Complainant has not experienced a materially adverse action.

4. Complainant's claim does not meet the legal standard necessary to support an element of a discrimination claim based on retaliation.

# GONZALES DECLARATION

# EXHIBIT D

**Morris, John (HUM)**

| | |
|---|---|
| **From:** | Sepulveda, Ana (HUM) |
| **Sent:** | Wednesday, March 29, 2023 15:24 |
| **To:** | dsaucedo1590@gmail.com |
| **Subject:** | 91776 / Saucedo Ceja, Daniela v. Union Gospel Mission dba Union Gospel of Yakima |

Dear Daniela Saucedo Ceja,

The Washington State Human Rights Commission (WSHRC) is in receipt of your inquiry. After careful review of the information, the WSHRC has determined that your concerns do not meet the jurisdictional requirements for an investigation. The WSHRC has no jurisdiction over complaints submitted by independent contractors.

For this reason, there will be no follow up on this inquiry.

Thank you!

Sincerely,
Ana Sepulveda
Pronouns: She/Her
Civil Rights Investigator
Washington State Human Rights Commission
711 S. Capitol Way, Suite 402 / PO BOX 42490
Olympia, WA 98504
T: 360.359.4930 F: 360.586.2282

This email and any related attachments and responses may be subject to public disclosure under state law.

## Activity Log

Case ID: _917776_

CP Name: Daniela Saucedo Ceja

| Date | Time | Contact | Action | Time Utilized | Initials |
|------|------|---------|--------|---------------|----------|
| 3/27/23 | 11 am | CP | ICI | 15 min | AS |
| 3/29/23 | 3:25 pm | CP | Sent CP NJ email. | Email | AS |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

NJ/NFA: _____ CP is an independent contractor. _____

_____

_____

_____

_____

_____

_____

_____

Initials: _AS_____

Intake Triage Form_V3

## Gonzales, Deborah (HUM)

| | |
|---|---|
| **From:** | Front Desk (HUM) |
| **Sent:** | Thursday, March 23, 2023 11:03 AM |
| **To:** | Daniela Saucedo |
| **Cc:** | Front Desk (HUM) |
| **Subject:** | RE: Complaint Pt.2 - Inquiry #91776 |

Dear Daniela Saucedo Ceja:

The Washington State Human Rights Commission (WSHRC) confirms receipt of your Employment Intake Questionnaire as of March 20, 2023. It has been processed and forwarded to an intake investigator for review. Please allow 4 to 6 weeks to receive a response regarding your complaint. An intake investigator may contact you sooner for additional information.

If you have any questions or need to provide updated contact information, please contact our office at 1.800.233.3247.

Sincerely,
WSHRC Staff
Washington State Human Rights Commission
711 S. Capitol Way, Suite 402 | PO BOX 42490 | Olympia, WA 98504
T: 360.753.6770| F: 360.586.2282

***This email and any related attachments and responses may be subject to public disclosure under state law.***

**From:** Daniela Saucedo <dsaucedo1590@gmail.com>
**Sent:** Monday, March 20, 2023 1:37 PM
**To:** Front Desk (HUM) <frontdesk@hum.wa.gov>
**Subject:** Complaint Pt.2

External Email

Sent from my iPhone

1

**Gonzales, Deborah (HUM)**

| | |
|---|---|
| **From:** | Daniela Saucedo  <dsaucedo1590@gmail.com> |
| **Sent:** | Monday, March 20, 2023 1:37 PM |
| **To:** | Front Desk (HUM) |
| **Subject:** | Complaint Pt.2 |
| **Attachments:** | Emplyment discrimination.pdf |
| **Categories:** | IQS |

External Email

Sent from my iPhone



# WASHINGTON STATE HUMAN RIGHTS COMMISSION
## EMPLOYMENT COMPLAINT QUESTIONNAIRE
### Local: 360.753.6770 | Toll Free: 1.800.233.3247
### Fax: 360.586.2282

| For Official Use Only |
|---|
| |

WSHRC DATE STAMP

The Washington State Human Rights Commission (WSHRC) is a neutral, fact-finding law enforcement agency. It does not act as an advocate for any party during an investigation, but advocates for the law in the interest of preventing and eliminating discrimination.

**Answer all questions completely and please write clearly.**
**INCOMPLETE QUESTIONNAIRES WILL NOT BE ACCEPTED**

If you require assistance in completing this form as a reasonable accommodation, please contact us at 1.800.233.3247 or at frontdesk@hum.wa.gov.
**After completing this Complaint Questionnaire, return it immediately to:**

**711 S. Capitol Way, Suite 402 PO BOX 42490**
**Olympia, WA 98504-2490**

**or via e-mail at**

**frontdesk@hum.wa.gov**

☐ **CHECK HERE IF YOU HAVE ALREADY FILED A COMPLAINT WITH ANOTHER AGENCY**

If yes, agency name:

Date you filed: _____ Complaint Number: _____

What is the status of your other complaint?

## PERSONAL INFORMATION
### *KEEPING YOUR CONTACT INFORMATION CURRENT*

It is your obligation to cooperate with the investigation, including providing the Commission with notice of any change of address, phone number, or any prolonged absence from your current address.
If you fail to notify the Commission of any change in address or prolonged absence, your inquiry or complaint may be closed administratively due to our inability to locate you, or may be closed based upon the evidence at the time.

First Name: Daniela    MI: ___    Last Name: Saucedo Ceja

Home Phone: _____    Cell Phone: (509)502-8704

E-Mail: dsaucedo1590@gmail.com    Sex/Gender: Female

Mailing Address: 220 Willowcrest RD    Apt/Unit #: ___

City: Sunnyside    County: Yakima    State: WA    Zip Code: 98944

What is the best way to reach you? Cell Phone

What are the best days and times to reach you? Any

## WHO DO YOU THINK DISCRIMINATED AGAINST YOU?

☒ Employer   ☐ Union   ☐ Employment Agency   ☐ Other Organization

Organization Name: Yakima Union Gospel Mission

**Provide address location of where you work(ed) or applied to work:**

Physical Address: 1300 1st. St.   Suite:

City: Yakima   County: Yakima   State: WA   Zip Code: 98901

**Mailing Address (if different from above):**

Mailing Address:   Suite:

City:   County:   State:   Zip Code:

Name of Human Resources Director or Owner: Mike Johnson

E-Mail: N/A   Phone: (509)248-4510

**How many employees (estimated) does the organization have at all locations? Check one:**

☐ Less than 8   ☐ 8-14   ☐ 15-100   ☐ 101-200   ☒ 201-500   ☐ 500 +

## WHY DO YOU THINK YOU WERE DISCRIMINATED AGAINST?

☐ Age (40 or older)   - Age at the time of the adverse employment action:

☐ Race   -   ☐ National Origin -

☐ Color (skin shade) -   ☒ Creed/Religion - Cathloic

☐ HIV/Hep C Status   ☐ Citizenship / Immigration Status

☐ Sex (including pregnancy)   ☐ Veteran Status

☐ Gender Identity/Sexual Orientation   ☐ Marital Status

☐ Disability - Check all that apply   ☐ Use of Service Animal or Dog Guide

☐ I have a disability   - the disability involved

☐ I had a disability in the past.

☐ I don't have a disability but I am treated as if I have a disability.

**Is your employer aware of your condition?**   ☒ Yes   ☐ No

If yes, how? Knew of my stance in religous beliefs

☐ State Employee Whistleblower Retaliation/Other Retaliation

Have you filed a whistleblower complaint with another agency?

If yes, when?   What was the issue?

☐ Retaliation - Check all that apply:

☐ I filed a charge of job discrimination about any of the above.

☐ I contacted a government agency to complain about job discrimination.

☐ I complained to my employer about job discrimination.

☐ I helped or was a witness in someone else's complaint about job discrimination.

## WHAT IS YOUR JOB, PREVIOUS JOB, OR THE JOB YOU APPLIED FOR?

Date Hired: 09/24/22    Job Title at Hire: Dental Assistant

Annual Pay Rate When Hired: $22.00    Last or Current Annual Pay Rate: $22.00

Job Title at Time of Alleged Discrimination: Dental Assistant

Date your employment ended: 02/24/23    ☐ Quit    ☒ Discharged / Laid Off

Name and Title of your Immediate Supervisor: Kristi Trickett-Clinical Director

Job Applicants - What was the title of the job you applied for:

Date you applied:    Date you found out you were not hired:

## WHAT HAPPENED TO YOU THAT YOU THINK WAS DISCRIMINATORY? WHEN DID IT HAPPEN?
EXAMPLES: I was denied an accommodation I needed to perform my job; I was fired because I was pregnant; I was laid off because of my age. State the dates the action happened.

Date: 12/16/22    Action: Clinical director commented in a discussion about her not being comfort-

able due to having different views when it goes to religion.

Date: 2/14/23    Action: During a meeting clinical director stated the organization having a lawsuit

due to this she could no longer extend my contract because of having different views in religion after saying she would.

## WHAT REASON(S) WERE YOU GIVEN FOR THIS JOB ACTION?

Name of Person(s) Responsible: Kristi Trickett

Reason(s): Due to the lawsuit and stricit rules the mission has they are having a bad reputation and

this is out of control and can no longer extend my contract

Who told you this? Kristi Trickett    Their Job Title: Clinical Director

## WAS ANOTHER PERSON IN THE SAME OR SIMILAR SITUATION TREATED
## THE SAME, BETTER, OR WORSE THAN YOU?
EXAMPLES: Who else applied for the same job? Who else had the same attendance record?

### *WHO WAS TREATED <u>BETTER</u> THAN YOU?*

Name: N/A    Job Title: N/A

Phone / E-Mail: N/A

**Check how they are different from you:**    ☐ Use of Service Animal or Dog Guide

☐ Race    ☐ Religion    ☐ National Origin    ☐ Age    ☐ HIV/Hep C Status    ☐ Sexual Orientation

☐ Color    ☐ Disability    ☐ Veteran Status    ☐ Sex    ☐ Gender Identity    ☐ Martial Status

☐ Citizenship / Immigration Status    ☐ Other

How were they treated better? N/A

Date:

## *WHO WAS TREATED WORSE THAN YOU?*

Name: Sayda                     Job Title: Medical Assstant

Phone / E-Mail: n/a

**Check how they are different from you:** ☐ Use of Service Animal or Dog Guide

☐ Race       ☐ Religion       ☐ National Origin       ☐ Age       ☐ HIV/Hep C Status       ☐ Sexual Orientation
☐ Color      ☐ Disability     ☐ Veteran Status        ☐ Sex       ☐ Gender Identity        ☐ Martial Status
☐ Citizenship / Immigration Status                     ☐ Other [                    ]

How were they treated worse? During lunch time my coworker was reading tarrot cards and was talked to due to

this being a bad action in a Cristian faith based organization          Date: 11/13/22

## *WHO WAS TREATED SAME AS YOU?*

Name: Sonia Garcia              Job Title: Dental Coordinator

Phone / E-Mail: (509)504-3122

**Check how they are different from you:** ☐ Use of Service Animal or Dog Guide

☐ Race       ☐ Religion       ☐ National Origin       ☐ Age       ☐ HIV/Hep C Status       ☐ Sexual Orientation
☐ Color      ☐ Disability     ☐ Veteran Status        ☐ Sex       ☐ Gender Identity        ☐ Martial Status
☐ Citizenship / Immigration Status                     ☐ Other [                    ]

How were they treated the same? We are the same religion however, never felt that were treated differently from our

religion.                                              Date: 02/14/23

**ARE THERE ANY WITNESSES TO ANY OF THE JOB ACTIONS TAKEN AGAINST YOU? IF YES, PLEASE PROVIDE THEIR CONTACT INFORMATION AND TELL US WHAT THEY WILL SAY.**

Name: Sonia Garica             Job Title: Dental Coordinator

E-Mail: n/a                     Phone: (509)504-3122

What will they tell us? Inform you about the meeting with other coworkers.

Name:                          Job Title:

E-Mail:                         Phone:

What will they tell us?

**WHO CAN WE CONTACT IF WE ARE UNABLE TO REACH YOU?**

Name: Maria Saucedo            Relationship: Mom

Mailing Address: 220 Willowcrest RD          Apt/Unit #:

City: Sunnyside     County: Yakima     State: WA     Zip Code: 98944

E-Mail: mariasaucedo24@yahoo.com          Phone: (509)830-1764

## HAVE YOU ALREADY FILED A CHARGE ON THIS MATTER WITH THE WASHINGTON STATE HUMAN RIGHTS COMMISSION?

☐ Yes    ☒ No    If yes, date you filed: [____]    Charge Number: [____]

## IF YOU HAVE SOMEONE REPRESENTING YOU IN THIS MATTER, PLEASE PROVIDE US WITH THEIR CONTACT INFORMATION.

☐ Attorney    ☐ Union    ☐ Other    [____]

Name: [____]    Date of Contact: [____]

E-Mail: [____]    Phone: [____]

## ADDITIONAL COMMENTS

Is there anything else we should know?  At this time, I could not get many individuals to testify due to

still being employed at this organization. Plenty of coworker viewed the wrong doings and actions while in meetings but are

afaid of the mission being aware of them testifying against them.

[____]

## *PUBLIC DISCLOSURE*

Be advised: any information and documents that you submit to the Commission
are subject to public records laws and will be available to anyone who requests them.
**This includes medical and other types of private records.**
Therefore, it is in your best interest not to submit anything unless requested by your investigator.

The Washington State Human Rights Commission (WSHRC) has no jurisdiction to investigate complaints against the following: employers with fewer than 8 employees; Native American tribes; the federal government; or complaints otherwise outside the WSHRC's statutory authority. This includes, but is not limited to, complaints in which the last date of harm occurred more than 6 months prior to the filing date of the complaint, or more than 2 years prior in the case of a state-employee whistle-blower retaliation claim.

Complaints that do not meet jurisdictional requirements, including complaints where the allegations of the complaint, if true, show no basis for commission action after preliminary evaluation, will not be accepted for investigation.

☒
**I want to file a charge of discrimination. I authorize the WSHRC to look into the discrimination I described in this Complaint Questionnaire.**

I understand that if my claim does not meet jurisdictional requirements, it will not be accepted for investigation and that there will be no follow-up on this inquiry from the WSHRC.

Please review the form BEFORE digitally signing. Once digitally signed, you will not be able to edit the document.
If you're having difficulty creating or signing digitally, a physical signature can be used.

Signature: [signature]    Date: 03/20/2023

**ANY DECISION MADE BY THE COMMISSION DOES NOT PRECLUDE YOUR RIGHT TO FILE A CIVIL ACTION IN A COURT OF COMPETENT JURISDICTION, PURSUANT TO RCW 49.60.030.**