Katherine L. Anderson
WA Bar No. 41707
Ryan Tucker*
AZ Bar No. 034382
Jeremiah Galus*
AZ Bar No. 30469
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
kanderson@ADFlegal.org
rtucker@ADFlegal.org
jgalus@ADFlegal.org

Jacob Reed*
VA Bar No. 97181
ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, VA 20176
Telephone: (571) 707-4655
jreed@ADFlegal.org

*Counsel for Plaintiff*

\* Admitted *Pro Hac Vice*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNION GOSPEL MISSION OF YAKIMA, WASH., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT FERGUSON, in his official capacity as Attorney General of Washington State; ANDRETA ARMSTRONG, in her official capacity as Executive Director of the Washington State Human Rights Commission; and DEBORAH COOK, GUADALUPE GAMBOA, JEFF SBAIH, and HAN TRAN, in their official capacities as Commissioners of the Washington State Human Rights Commission, <br><br> Defendants. | Civil Case No.: 1:23-cv-03027 <br><br> **NOTICE OF APPEARANCE OF DAVID K. DEWOLF** |

No. **1:23-cv-03027**
NOTICE OF APPEARANCE
Page 1 of 3



5105 E Third Avenue, Suite 101
Spokane Valley, WA 99212
(509) 495-1246

Please take notice that I am a licensed member of the Washington State Bar admitted to practice in this Court, and I am entering my appearance in this case as additional local counsel with Katherine L. Anderson on behalf of Plaintiff Union Gospel Mission of Yakima, Wash., in association with the following counsel granted *pro hac vice* admission by order entered March 2, 2023: Jacob Reed, Ryan J. Tucker, and Jeremiah Galus.

Respectfully submitted this 17th day of May, 2023,

| | |
|---|---|
| /s/ David K. DeWolf<br>David K. DeWolf<br>WA Bar No. 10875<br>ALBRECHT LAW FIRM<br>5105 E 3rd Ave, Suite 101<br>Spokane Valley, WA 99212<br>Telephone: (509) 495-1246<br>david@albrechtlawfirm.com<br><br><br><br><br><br><br><br>* Admitted *Pro Hac Vice* | Katherine L. Anderson<br>WA Bar No. 41707<br>Ryan Tucker*<br>AZ Bar No. 034382<br>Jeremiah Galus*<br>AZ Bar No. 30469<br>ALLIANCE DEFENDING FREEDOM<br>15100 N. 90th Street<br>Scottsdale, AZ 85260<br>Telephone: (480) 444-0020<br>kanderson@ADFlegal.org<br>rtucker@ADFlegal.org<br>jgalus@ADFlegal.org<br><br>Jacob E. Reed*<br>VA Bar No. 97181<br>ALLIANCE DEFENDING FREEDOM<br>44180 Riverside Parkway<br>Lansdowne, VA 20176<br>Telephone: (571) 707-4655<br>jreed@ADFlegal.org |

*Counsel for Plaintiff*

No. **1:23-cv-03027**
NOTICE OF APPEARANCE
Page 2 of 3



5105 E Third Avenue, Suite 101
Spokane Valley, WA 99212
(509) 495-1246

## CERTIFICATE OF SERVICE

I hereby certify that on May ___, 2023, I electronically filed the foregoing using the CM/ECF system which will send notification of such filing to all counsel of record who are registered users of the ECF system.

Dated: May 17, 2023

_____
David K. DeWolf

*Counsel for Plaintiff*

No. **1:23-cv-03027**
NOTICE OF APPEARANCE
Page 3 of 3



5105 E Third Avenue, Suite 101
Spokane Valley, WA 99212
(509) 495-1246