# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNION GOSPEL MISSION OF YAKIMA, WASHINGTON,<br><br>　　　　　　　Plaintiff,<br><br>-vs-<br><br>ROBERT FERGUSON, et al.,<br><br>　　　　　　　Defendants. | Case No.　　1:23-CV-03027-MKD<br><br>CIVIL MINUTES<br><br>DATE:　　MAY 31, 2023<br>LOCATION:　　RICHLAND/VIDEO<br><br>MOTION HEARING |

| Honorable Mary K. Dimke | | |
|---|---|---|
| Cora Vargas | 03 | Kimberly Allen |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Ryan Tucker<br>David Knox DeWolf<br>Jacob Reed | | David Ward<br>Daniel Jeon |
| **Plaintiff's Counsel** | | **Defendants' Counsel** |

**[ X ] Open Court**　　　　**[ ] Chambers**　　　　**[X] Video conference**

Defendants' Motion to Dismiss for Lack of Jurisdiction (ECF No. 11).
- Argument by Mr. Ward in support of motion
- Argument in opposition of motion by Mr. Tucker
- Rebuttal argument by Mr. Ward
- Additional argument in opposition by Mr. Tucker
- Additional rebuttal argument by Mr. Ward
- **Court**: Defendants' Motion to Dismiss for Lack of Jurisdiction, ECF No. 11, is **TAKEN UNDER ADVISEMENT**.

Plaintiff's Motion for Preliminary Injunction (ECF No. 14).
- Argument by Mr. Tucker in support of motion
- Argument in opposition of motion by Mr. Ward
- Rebuttal argument by Mr. Tucker
- **Court**: Plaintiff's Motion for Preliminary Injunction, ECF No. 14, is **TAKEN UNDER ADVISEMENT**.

## [X]　ORDER FORTHCOMING

| **Convened: 9:05 a.m.** | **Adjourned: 10:58 a.m.** | **Time:　1:53　hr.** | **Calendared　[ ]** |
|---|---|---|---|