| | |
|---|---|
| Katherine L. Anderson<br>WA Bar No. 41707<br>Ryan Tucker*<br>AZ Bar No. 034382<br>Jeremiah Galus*<br>AZ Bar No. 30469<br>ALLIANCE DEFENDING FREEDOM<br>15100 N. 90th Street<br>Scottsdale, AZ 85260<br>(480) 444-0020<br>kanderson@ADFlegal.org<br>rtucker@ADFlegal.org<br>jgalus@ADFlegal.org | Jacob E. Reed*<br>VA Bar No. 97181<br>ALLIANCE DEFENDING FREEDOM<br>44180 Riverside Parkway<br>Lansdowne, VA 20176<br>(571) 707-4655<br>jreed@ADFlegal.org<br><br>David K. DeWolf<br>WA Bar No. 10875<br>ALBRECHT LAW FIRM<br>5105 E. 3rd Ave., Suite 101<br>Spokane Valley, WA 99212<br>(509) 495-1246<br>david@albrechtlawfirm.com |

*Admitted *Pro Hac Vice*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 29, 2023

SEAN F. MCAVOY, CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **UNION GOSPEL MISSION OF YAKIMA, WASH.**,<br><br>*Plaintiff*,<br><br>v.<br><br>**ROBERT FERGUSON, in his official capacity as Attorney General of Washington State; ANDRETA ARMSTRONG, in her official capacity as Executive Director of the Washington State Human Rights Commission; and DEBORAH COOK, GUADALUPE GAMBOA, JEFF SBAIH, and HAN TRAN, in their official capacities as Commissioners of the Washington State Human Rights Commission**,<br><br>*Defendants*. | Civil No. 1:23-cv-3027-MKD<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that Plaintiff Union Gospel Mission of Yakima, Wash. hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order granting Defendants' Motion to Dismiss and Denying as Moot Plaintiff's Motion for Preliminary Injunction (ECF No. 23) entered in this action on September 1, 2023.

Plaintiff's Notice of Appeal - 1

This is not a cross-appeal and there have been no previous appeals in this case.

Pursuant to Ninth Circuit Rule 3-2, attached hereto is a Representation Statement naming all parties to the appeal and their respective counsel.

Respectfully submitted this 29th day of September, 2023.

By: *s/Katherine L. Anderson*
Katherine L. Anderson
WA Bar No. 41707
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
kanderson@ADFlegal.org

*Attorney for Plaintiff Union Gospel Mission of Yakima, Wash.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29th, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/Katherine L. Anderson*
Katherine L. Anderson

### Representation Statement

**Appellant**

Union Gospel Mission of Yakima, Wash.

**Counsel for Appellant:**

Ryan J. Tucker
Jeremiah Galus
Katherine L. Anderson
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
rtucker@ADFlegal.org
jgalus@ADFlegal.org
kanderson@ADFlegal.org

Jacob E. Reed
Alliance Defending Freedom
44180 Riverside Pkwy
Lansdowne, VA 20176
(571) 707-4718
jreed@ADFlegal.org

David K. DeWolf
5105 E. 3rd Ave, Suite 101
Spokane Valley, WA 99201
(509) 495-1246
david@albrechtlawfirm.com

John J. Bursch
Alliance Defending Freedom
440 First Street NW, Suite 600
Washington, DC 20001
(616) 450-4235
jbursch@ADFlegal.org

Counsel are registered for Electronic Filing in the 9th Circuit.

**Appellees**

Robert Ferguson, in his official capacity as Attorney General of Washington State; Andreta Armstrong, in her official capacity as Executive Director of the Washington State Human Rights Commission; and Deborah Cook, Guadalupe Gamboa, Jeff Sbaih, and Han Tran, in their official capacities as Commissioners of the Washington State Human Rights Commission

**Counsel for Appellees:**

Daniel J. Jeon
David J. Ward
Assistant Attorneys General
Wing Luke Civil Rights Division
800 5th Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
daniel.jeon@atg.wa.gov
david.ward@atg.wa.gov