FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 17, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNION GOSPEL MISSION OF YAKIMA, WASH., <br><br>            Plaintiff, <br><br> v. <br><br> ROBERT W. FERGUSON, in his official capacity as Attorney General of Washington State, et al., <br><br>            Defendants, | No. 1:23-CV-03027-MKD <br><br> **ORDER OF RECUSAL** |

Pursuant to 28 U.S.C. § 455 and for reasons that are unnecessary to recite here, the undersigned deems it appropriate to recuse from any further proceedings in the above-captioned matter.

Accordingly, **IT IS ORDERED** that this case be returned to the District Court Executive for random reassignment to another Judge in this district.

DATED January 17, 2025.

                              *s/ Mary K. Dimke*
                              Mary K. Dimke
                              United States District Judge

ORDER OF RECUSAL-- 1